# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| BRIAN TACKET, et al., | |
| Plaintiffs, | CV-21-37-M-BMM |
| v. | |
| XAVIER BECERRA, et al. | **AMENDED ORDER** |
| Defendants. | |

Chief United States District Judge Brian Morris has referred this case to the undersigned for the purpose of conducting a settlement conference.

Accordingly, IT IS HEREBY ORDERED:

1. The undersigned will conduct a settlement conference in this matter at **9:00 a.m. on January 20, 2022, at the Russell Smith Federal Courthouse in Missoula, Montana**. Pro Se Plaintiff, Brian Tacket, counsel Tim Bechtold, Defendant, Logan Health, Desiree Allen and William T. Highfill and their counsel Sean Goicoechea will all appear at the settlement conference in person.

The parties appearing in person shall report to the Clerk of Court for the location of the settlement conference.

Defendants, Jay Maloney, Mark Harding and Cabinet Peaks Medical Center and their counsel Peter J. Stokstad, Defendant, Adam Meir and his counsel Rebecca A. Narmore, and Defendant Providence Sacred Heart Medical Center and Kavitha Chaganur and their counsel, Gary Kalkstein and Randy J. Tanner will appear by Zoom. The court will provide the parties appearing by Zoom the Zoom link.

2.  It is the responsibility of counsel to ensure that a person with ultimate settlement authority attends the settlement conference in person. Such person may attend the settlement conference remotely if the opposing party consents. Such person must participate in the settlement conference in good faith. L.R. 16.5(b)(4)(A). The failure to participate in good faith may result in the imposition of sanctions against the offending party. L.R. 16.5(b)(4)(B).

3.  Each party shall submit a confidential settlement statement to the undersigned on before 12:00 p.m. on January 13, 2022. The settlement statement should be in letter form and not exceed 10 pages, including attachments. The settlement statement must set forth: 1) a brief factual outline of the case; 2) a brief discussion of any unique legal issues present in the case; 3) a candid discussion of

the strengths and weaknesses of your client's position; 4) the history of settlement negotiations; and 5) the name and position of the person(s) who will be attending the settlement conference with ultimate settlement authority. The parties need not repeat matters discussed in their preliminary pretrial statements. The parties shall submit their settlement statements to the undersigned via email addressed to sara_luoma@mtd.uscourts.gov.

    4.    The settlement statements shall remain confidential. The settlement statements will not be exchanged among the parties, and they will not become part of the formal court record. The Court will destroy the settlement statements after the settlement conference.

    DATED this 30th day of November, 2021.

_____
John Johnston
United States Magistrate Judge