IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
SPOKANE DIVISION

CIVIL NO. 2:24-cv-00262

BRIAN TACKETT                                    PLAINTIFF

vs.

PROVIDENCE SCRED HEART MECICAL CENTER,
KAVITHA CHAGANUR, M.D.                           DEFENDANTS

## AMENDED COMPLAINT WITH JURY DEMAND

### JURISDICTION AND VENUE

This Court has jurisdiction pursuant to Title 28 United States Code Section 1332.

This Court has venue pursuant to Title 28 United States Code Section 1391.

### PARTIES

Plaintiff Brian Tackett is an individual resident of the State of Montana.

Defendant Providence Sacred Heart Medical Center is an association with a facility located in Spokane County, Washington. Providence is not a resident of Montana.

Defendant Kavitha Chaganur is a doctor practicing cardiology at Providence Sacred Heart Medical Center, in Spokane County, Washington. Dr. Chaganur is not a resident of Montana.

SUMMARY

Robbie Ann Tackett died of sudden cardiac death, or SCD, on July 31, 2019. Robbie was 51 years old.

*Standard of Care*

When Robbie was treated by the Defendants some months before her death, it was well documented, and the Defendants knew, that she had a left bundle branch block, ejection fraction (EF) under 20%, and had been on guideline recommended optimal medical therapy for over 90 days. The applicable standard of care for Robbie at that time was a diagnosis of the high risk of SCD with a follow-up referral and recommendation to an electro physiologist for placement of an implantable cardiac defibrillator, or ICD. Because this diagnosis and follow-up treatment was not made, Robbie was not provided an ICD and suffered a preventable SCD on July 31, 2019.

*Departure from Standard of Care*

Defendant Dr. Chaganur, while practicing cardiology at Providence Sacred Heart, failed to diagnose the high risk of SCD and to undertake the follow-up care required with that diagnosis. Defendant Providence Sacred Heart failed to provide staff to administer the appropriate care to Robbie.

*The Departure Caused the Injury*

Robbie Tackett died of SCD on July 31, 2019. The placement of an ICD would have prevented her death at that time. Proper follow-up treatment would also have improved Robbie's condition.

APPLICABLE FACTS

Robbie Tackett passed away from a fatal heart arrhythmia on July 31, 2019. This is referred to as sudden cardiac death. Plaintiff was married to Robbie when she died.

Robbie had been treated for heart failure by Dr. Highfill in Montana. Dr. Highfill had recommended, in March of 2018, that Robbie undergo medical treatment for 6 weeks; if the treatment failed to significantly improve Robbie's EF in that time, he recommended she be treated with heart resynchronization.

On November 1, 2018, at 5:02 AM, after Robbie had been on medical therapy for over 180 days under Dr. Highfill, Robbie was admitted to the Providence Sacred Heart Medical Center in Spokane, Washington. Robbie was treated at Providence until her release, on November 4, 2018, by Defendant Dr. Kavitha Chaganur, M.D.

From beginning to end, during Robbie's entire stay at Providence, she was never diagnosed with the high risk of SCD. A diagnosis followed with proper treatment would have prevented her death on July 31, 2019. It was well known at the time that SCD was effectively preventable with an ICD. Defendants had the duty to make the diagnosis and provide the proper care.

The standard of care required Dr. Changanur to properly diagnose Robbie with the high risk of SCD, to warn Robbie of the danger, and to refer her for, or implement for her, the proper treatment. Dr. Chaganur failed to make the diagnosis; she thereafter failed to initiate any treatment, make any recommendations, or provide any warnings to Robbie.

The standard of care required Providence to provide the appropriate medical staff to properly treat Robbie with the diagnosis and treatment of SCD. Providence failed to provide Robbie with the staff to provide the proper care.

The value of Plaintiff's marriage to Robbie and her companionship to him exceeds the value necessary to support diversity jurisdiction.

CLAIM

Plaintiff incorporates all of the above herein.

Defendant Dr. Chaganur and Defendant Providence Sacred Heart Medical Center breached their duty to properly care for Robbie by failing to diagnose the very high risk of SCD and provide Robbie with the required follow-up care and recommendations.

This failure was the proximate cause of Robbie's death. Had Robbie been treated with an ICD she would not have died when and where she did.

Plaintiff suffered the loss of his marriage with Robbie, and the loss of her comfort, aid, and support.

Defendant Dr. Chaganur is responsible for her own actions.

Defendant Providence Sacred Heart Medical Center is responsible for its own corporate actions and for the actions of Dr. Chaganur.

RELIEF

Wherefore, Plaintiff prays this Court:

    Award compensatory damages in an amount to be determined by a jury;

    Award reimbursement for the payments made to Providence;

    Grant a trial by jury on all issues so triable;

    Award all cost and fees for this action; and

    Grant any other relief this Court deems necessary to correct the harms done.

Plaintiff hereby reserves the privilege to request to amend this complaint should information become subsequently available to necessitate same.

Date: 11-03-2024.

Respectfully Submitted,

/S/ _____

Brian Tackett
POB 448
Troy MT 59935
662/544-4500
Tackett59935@gmail.com