MARKUS W. LOUVIER, #39319
Evans, Craven & Lackie, P.S.
818 West Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
mlouvier@ecl-law.com

*Attorney for Defendants*

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN TACKETT,<br><br>     Plaintiff,<br><br>vs.<br><br>PROVIDENCE SACRED HEART MEDICAL CENTER, KAVITHA CHAGANUR, MD,<br><br>     Defendants. | Cause No. 2:24-cv-00262<br><br>LR 7.1 CORPORATE DISCLOSURE STATEMENT |

TO:  Plaintiff:
AND TO: The Clerk of the Court

  COMES NOW Defendants, Providence Sacred Heart Medical Center and Kavitha Chaganur, MD, In accordance with FRCP 7.1(a), Defendant Providence Sacred Heart Medical Center states it is a non-governmental corporate party to this action and discloses as follows:

  Providence Sacred Heart Medical Center is a wholly-owned subsidiary of Providence Health & Services – Washington, part of the Providence Health &

CORPORATE DISCLOSURE - page 1

Services system which operates health care facilities and services throughout the western United States. Providence is a non-profit health care system and is not a publicly traded company.

DATED this 6th day of November, 2024.

EVANS, CRAVEN & LACKIE, P.S.

By: /s/ Markus W. Louvier
MARKUS W. LOUVIER, #39319
Attorneys for Defendants
Evans, Craven & Lackie, P.S.
818 West Riverside, Suite 250
Spokane, Washington 99201
(509) 455-5200
(509) 455-3632 Facsimile
mlouvier@ecl-law.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 6, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

***Plaintiff, Pro Se***
Brian Tackett
POB 448
Troy, Montana 59935
Tackett59935@gmail.com

          s/    *Markus W. Louvier*
MARKUS W. LOUVIER, #39319
Attorneys for Defendants
818 West Riverside, Suite 250
Spokane, Washington 99201
(509) 455-5200/    (509) 455-3632 Facsimile
mlouvier@ecl-law.com

CORPORATE DISCLOSURE - page 3



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632