THE HONORABLE THOMAS O. RICE

MARKUS W. LOUVIER, #39319
Evans, Craven & Lackie, P.S.
818 West Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
mlouvier@ecl-law.com

*Attorney for Defendants*

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN TACKETT,<br><br>               Plaintiff,<br><br>vs.<br><br>PROVIDENCE SACRED HEART MEDICAL CENTER, KAVITHA CHAGANUR, MD,<br><br>               Defendants. | Cause No. 2:24-cv-00262-TOR<br><br>DEFENDANT PROVIDENCE SACRED HEART MEDICAL CENTER AND KAVITHA CHAGANUR, M.D.'S ANSWER, AFFIRMATIVE DEFENSES<br><br>WITH JURY DEMAND |

COME NOW Defendants, Providence Sacred Heart Medical Center and Kavitha Chaganur, MD, in response to Plaintiffs' Amended Complaint with Jury Demand dated November 3, 2024 (ECF No. 133) and hereby admits, denies and alleges as follows:

ANSWER - page 1

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

## JURISDICTION AND VENUE

Defendants admit to diversity of the parties. The remainder of the requisite components of 28 USC Section 1332 are not pled in Plaintiff's Complaint and are therefore denied.

Defendants admit that venue is proper.

## PARTIES

Defendants lack sufficient knowledge to form a belief as to the truth or falsity of Plaintiff's allegation concerning his residency and therefore deny the same.

Defendants admit that Providence Sacred Heart Medical Center is located in Spokane, Washington. Defendants deny PSHMC is an "association." Any remaining allegations are denied.

Defendants admit that Defendant Kavitha Chaganur is a physician practicing at PSHMC in Spokane County, Washington. Any remaining allegations are denied.

## SUMMARY

Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in this section and therefore deny the same.

ANSWER - page 2



EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

Standard of Care: Defendants deny Plaintiff's allegations concerning the applicable standard of care, which they understand to be the entirety of this paragraph.

Departure from the Standard of Care:   Denied.

The Departure Cause the Injury: Denied.

## APPLICABLE FACTS

**First Paragraph:** Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations contained in this Paragraph and therefore deny the same.

**Second Paragraph:** Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations in this Paragraph and therefore deny the same.

**Third Paragraph**: Defendants admit that decedent was admitted to PSHMC in Spokane, Washington. Defendants admit that, at periods of time, care was provided by Dr. Chaganur. The remaining allegations are denied.

**Fourth Paragraph**: Defendants assert that Plaintiff was accurately diagnosed based upon her complaints and physical symptoms at the time of her arrival at PSHMC including the stroke that she suffered prior to her arrival. Defendants deny any remaining allegations.

ANSWER - page 3

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

**Fifth Paragraph**: Defendants deny the entirety of the allegations contained in this Paragraph.

**Sixth Paragraph**: Defendants deny the entirety of the allegations contained in this Paragraph. The allegations are not specific and otherwise do not permit Defendants to respond in any manner other than a denial.

**Seventh Paragraph:** This paragraph consists of a legal conclusion without factual foundation and Defendants therefore deny the same.

## CLAIM

Defendants deny each and every allegation contained in this Section of Plaintiff's Complaint.

## RELIEF

The remainder of Plaintiff's Complaint consists of a prayer for relief to which no response is required. Insofar as this Paragraph requires a response, such allegations are denied. Defendants have fully answered Plaintiff's Complaint. To the extent any allegation contained in Plaintiff's Complaint has not heretofore been met with a response, such allegation or allegations are denied.

## JURY DEMAND

Defendants hereby request trial by a jury of the maximum number permitted by law of all issues so triable.

ANSWER - page 4

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

## **AFFIRMATIVE DEFENSES**

Without the benefit of having conducted discovery in the process of litigation, Defendants assert the following affirmative defenses:

1. Plaintiff has failed to state a claim upon which relief can be granted.

2. Based upon information and belief, and subject to discovery, Plaintiff may have failed to mitigate their damages, if any.

3. Based upon belief, and subject to discovery, Plaintiff's claimed injuries and damages may be the result of Plaintiff's own actions and inactions.

4. Fault, if any, should be attributed to any party at fault or non-party pursuant to RCW 4.22.070.

5. Defendants acted within the standard of care.

6. Some or all of Plaintiff's claims may be subsumed and foreclosed by RCW 7.70, et seq.

7. Defendants reserve the right to supplement, strike or amend the foregoing list of affirmative defenses in keeping with the course of discovery.

ANSWER - page 5

1

2

3          DATED this 26th day of December, 2024.

4                              EVANS, CRAVEN & LACKIE, P.S.

5                    By:    */s/ Markus W. Louvier*

6                          MARKUS W. LOUVIER, #39319

7                          Attorneys for Defendants
                           Evans, Craven & Lackie, P.S.
8                          818 West Riverside, Suite 250
                           Spokane, Washington 99201
9                          (509) 455-5200
                           (509) 455-3632 Facsimile
10                         mlouvier@ecl-law.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30    ANSWER - page 6



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

1

## CERTIFICATE OF SERVICE

2

3      I hereby certify that on December 26, 2024, I electronically filed the

4  foregoing with the Clerk of the Court using the CM/ECF System which will send

   notification of such filing to the following:

5

6      **_Plaintiff, Pro Se_**
   Brian Tackett

7  POB 448

8  Troy, Montana 59935
   Tackett59935@gmail.com

9

10

11                              s/    _Markus W. Louvier_
                            MARKUS W. LOUVIER, #39319

12                          Attorneys for Defendants

13                          818 West Riverside, Suite 250

14                          Spokane, Washington 99201
                            (509) 455-5200/    (509) 455-3632 Facsimile

15                          mlouvier@ecl-law.com

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30  ANSWER - page 7



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632