THE HONORABLE THOMAS O. RICE

MARKUS W. LOUVIER, #39319
Evans, Craven & Lackie, P.S.
818 West Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
mlouvier@ecl-law.com

*Attorney for Defendants*

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| BRIAN TACKETT, | Cause No. 2:24-cv-00262-TOR |
|---|---|
| Plaintiff, | |
| vs. | DEFENDANT PROVIDENCE SACRED HEART MEDICAL CENTER AND KAVITHA CHAGANUR, M.D.'S RESPONSE TO PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT [ECF NO. 135] |
| PROVIDENCE SACRED HEART MEDICAL CENTER, KAVITHA CHAGANUR, MD, | |
| Defendants. | |
| | AND PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT [ECF NO. 136] |

COME NOW Defendants, Providence Sacred Heart Medical Center and Kavitha Chaganur, MD, by and through the undersigned counsel of the law firm

DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST
FOR DEFAULT AND MOTION FOR DEFAULT JUDGMENT
- page 1



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

Evans, Craven, & Lackie, P.S., and in response to Plaintiff's Motion for Default Judgment, states the following:

1. Plaintiff's Motion is moot. Defendants' Answer was filed and served on December 26, 2024. *See, ECF No. 137.* Accordingly, default and default judgment are inapplicable and would be improper.

2. In addition to the fact that Plaintiff's Motion is moot, Plaintiff failed to comply with LR 55(a) as to his Motion for Default in the following respects:

   a. Failing to comply with the "two-step process" by first obtaining entry of default. No default has been entered against Defendant.

   b. Failing to give fourteen days written notice of his intention to move for entry of default. LR 55(a)(1).

   c. Failing to provide evidence of such written notice by sworn affidavit. LR 55(a)(2).

All of the foregoing grounds require denial of Plaintiff's Motion.

3. In addition to the foregoing, Plaintiff failed to comply with LR 55(b) as to his Motion for Default Judgment in the following respects:

   a. Failing to first secure a default against Defendant. LR 55(b) ("No motion for judgment by default shall be filed unless an order of

DEFENDANTS' RESPONSE TO PLAINTIFF'S REQUEST
FOR DEFAULT AND MOTION FOR DEFAULT JUDGMENT
- page 2



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

default has been entered by the clerk"). At no time prior to Plaintiff's Motion did the court clerk enter an Order of Default. Accordingly, Plaintiff's Motion is improper.

b. Failing to file an affidavit in accordance with LR 55(b)(1), setting forth the status of the Defendant (Sections a and b).

c. Failing to note the issue for hearing. LR. 55(b)(2).

All of the foregoing reasons warrant denial of Plaintiff's Motion for Default Judgment.

DATED this 26th day of December, 2024.

                EVANS, CRAVEN & LACKIE, P.S.
By:  /s/ Markus W. Louvier
      MARKUS W. LOUVIER, #39319
      Attorneys for Defendants
      Evans, Craven & Lackie, P.S.
      818 West Riverside, Suite 250
      Spokane, Washington 99201
      (509) 455-5200
      (509) 455-3632 Facsimile
      mlouvier@ecl-law.com

# CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

***Plaintiff, Pro Se***
Brian Tackett
POB 448
Troy, Montana 59935
Tackett59935@gmail.com

                    /s/
                    MARKUS W. LOUVIER, #39319
                    Attorneys for Defendants
                    818 West Riverside, Suite 250
                    Spokane, Washington 99201
                    (509) 455-5200/    (509) 455-3632 Facsimile
                    mlouvier@ecl-law.com

