IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
SPOKANE DIVISION
CIVIL ACTION NO. 2:24-cv-00262

**BRIAN TACKETT**                                                                 **PLAINTIFF**

v.

**PROVIDENCE SCARED HEART MECICAL CENTER,
KAVITHA CHAGANUR, M.D.**                                           **DEFENDANTS**

### NOTICE of Withdrawal of Plaintiff's Motion For Default Judgment

Plaintiff hereby gives Notice to this Honorable Court that Plaintiff withdraws his Motion for Default Judgment. Defendants promptly cured the default and seem to be quite agitated regarding the motion. In the spirit of the pursuit of justice and a fair trial for all, Plaintiff believes there is no further need to trouble this Court with a ruling.

Wherefore, Plaintiff hereby withdraws his Motion for Default Judgment, that is, of course, if Defendants and this Honorable Court have no objections.

Date: 12-27-2024 .

Respectfully requested,

/S/ _____,
Brian Tackett
POB 448
Troy MT 59935
662/544-4500
Tackett59935@gmail.com

Certificate of Service

I, the undersigned, hereby certify that I filed the above with the Court's electronic filing system, constituting service upon all parties, this 27th day of December, 2024.

/S/ _____,
Brian Tackett