FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 30, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN TACKETT, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>PROVIDENCE SACRED HEART MEDICAL CENTER, and KAVITHA CHAGANUR, M.D.<br><br>　　　　　　　Defendants. | NO: 2:24-CV-0262-TOR<br><br>ORDER DENYING DEFAULT JUDGMENT AS MOOT |

BEFORE THE COURT is Plaintiff Brian Tackett's Motions for Entry of Default Judgment (ECF No. 135) and Default Judgment (ECF No. 136) and a Notice of Withdrawal (ECF No. 139). This matter was submitted for consideration without oral argument. Having reviewed the file and the records therein, the Court is fully informed.

Plaintiff filed an Amended Complaint (ECF No. 133) against Defendants on November 3, 2024. Defendants filed an answer the day after Plaintiff filed his motions for default judgment. ECF No. 137. Now Plaintiff seeks to withdraw his

ORDER DENYING DEFAULT JUDGMENT AS MOOT ~ 1

1  motions. ECF No. 139. The Court grants Plaintiff's withdrawal of his motions for
2  default judgment.
3  **ACCORDINGLY**, **IT IS HEREBY ORDERED:**
4      1. Plaintiff's Notice of Withdrawal (ECF No. 139) is **GRANTED.**
5      2. Plaintiff's Motions for Entry of Default Judgment (ECF No. 135) and
6         Default Judgment (ECF No. 136) are **DENIED as moot**.
7  The District Court Executive is directed to enter this Order and furnish
8  copies to counsel and Plaintiffs.
9      DATED December 30, 2024.



THOMAS O. RICE
United States District Judge

ORDER DENYING DEFAULT JUDGMENT AS MOOT ~ 2