Brian Tackett
P.O. Box 448
Troy, Montana 59935
Tackett59935@gmail.com

MARKUS W. LOUVIER, #39319
Evans, Craven & Lackie, P.S.
818 West Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
mlouvier@ecl-law.com
*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN TACKETT, | Cause No. 2:24-cv-00262 |
| Plaintiff, | |
| vs. | JOINT STATUS REPORT PURSUANT TO FRCP 26(f) |
| PROVIDENCE SACRED HEART MEDICAL CENTER, KAVITHA CHAGANUR, MD, | |
| Defendants. | |

In accordance with Fed. R. Civ. P. 26(f)(2), Plaintiff, pro se, and Defendants, by and through their counsel of record, certify that they conferred in good faith about the following and present this Joint Status Report.

JOINT STATUS REPORT - page 1



EVANS, CRAVEN
& LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

1. **Service.**

   Service upon all Defendants is complete.

2. **Jurisdiction, Venue, and Standing.**

   Jurisdiction, venue, and standing are proper.

3. **No Consent to Magistrate.**

   The parties do not consent to an assignment of this case to be tried before a magistrate judge.

4. **Statement of Nature and Basis of Case.**

   This is a medical malpractice wrongful death case. Plaintiff alleges that Defendants negligently failed to diagnose and treat decedent Robbie Tackett. Plaintiff alleges Defendants claimed failure to treat and diagnose resulted in decedent's death on July 31, 2019.

5. **Preferred Trial Date and Estimated Length of Trial.**

   The parties' preferred trial date is June of 2026. The estimated length of trial is 8 court days.

6. **Anticipated Motions.**

   The parties anticipate filing motions for summary judgment as well as typical pretrial motions *in limine*.

JOINT STATUS REPORT - page 2

EVANS, CRAVEN
& LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

**7. Arrangement for the disclosures required under Fed. R. Civ. P. 26(a)(1).**

The parties will make their initial disclosures within 14 days after the parties' Rule 26(f) conference. The parties stipulate that initial disclosures of retained expert witnesses and their reports under Rule 26(a)(2)(B) will be provided under the schedule set forth below (Scheduling Order). Documents will be shared electronically using a email or storage disc sent via U.S. Postal Mail, no internet or cloud storage will be used.

**8. Fed. R. Civ. P. 26(f) Discovery Plan.**

As discussed above, the parties will exchange Fed. R. Civ. P. 26(a) initial disclosures within 14 days after their Rule 26(f) conference, which was completed on January 7, 2025. The parties anticipate e-discovery which they believe can be handled through the normal discovery process. The parties have also consulted and propose for the Court's consideration a modified case schedule as set forth below, which they believe will allow this case to be efficiently prepared for trial.

**9. No Class Certification.**

No class certification is alleged.

**10. Claim of a Minor or Incompetent Person.**

Plaintiff's position: Plaintiff's two minor children, G.K.T. and G.A.T. are unrepresented minors with substantial damage claims in this matter. Plaintiff ("has stipulated") (or "tried to stipulate") with Defendants not to add them as plaintiffs or call them as witnesses in exchange for Defendants' agreement not to depose them or call them as witnesses in this case. However, Plaintiff and Defendants do not have the last say in this and it is for this Court to consider the stipulation for fairness to the rights of these unrepresented minors. Should this Honorable Court decide to include these minors and their claims in this action and assign them counsel, Plaintiff and Defendants are not bound by this stipulation."

**11. Special Procedures.**

Plaintiff's position: "If Defendants fail to stipulate not to depose Plaintiff's minor children, or this Court decides to include them as plaintiffs, a special Court supervised proceeding is requested by Plaintiff to depose these minors to prevent psychological harm."

**12. Modification of the Standard Procedures.**

| SCHEDULING ORDER ||
|---|---|
| Plaintiff's Expert Witness Disclosures | 225 days before trial |

JOINT STATUS REPORT - page 4



EVANS, CRAVEN
& LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

| | |
|---|---|
| Defendant's Expert Witness Disclosures | 185 days before trial |
| Rebuttal Expert Disclosures | 125 days before trial |
| Motion to Amend/Add Parties | 130 days before trial |
| Daubert Motions | 90 days before trial |
| Discovery Cutoff | 60 days before trial |
| Dispositive Motions | 45 days before trial |
| Hearing Request Re Deposition Designation | 30 days before trial |
| Cross Designations | 20 days before trial |
| Objections to Designations | 14 days before trial |
| Exhibit/Witness Lists | 28 days before trial |
| Objections Exhibit/Witness Lists | 21 days before trial |
| Response to Exhibit/Witness Objections | 14 days before trial |
| Motions *in Limine* | 35 days before trial |
| Response to Motions *in Limine* | 28 days before trial |
| Replies to Motions *in Limine* | 21 days before trial |
| Pretrial Order | 14 days before trial |
| Trial Briefs, voir dire | 14 days before trial |
| Jury Instructions | 14 days before trial |

JOINT STATUS REPORT - page 5



EVANS, CRAVEN
& LACKIE, P.S.

818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

| (Agreed/Disputed) | |
|---|---|
| Memo Object to Disputed Jury Instructions | 14 days before trial |
| Pretrial Conference/Motion *in Limine* Hearing | 10 days before trial |

### 13. Feasibility of bifurcation.

The parties do not believe bifurcation is appropriate or necessary in this case.

### 14. Alternative Dispute Resolution.

The parties believe that they will be able to evaluate the potential to conduct meaningful settlement discussions after preliminary discovery.

### 15. Identification of any issues that should be certified to the state Supreme Court.

None anticipated.

### 16. Any other matters which may be conducive to the just, efficient, and economical determination of the action or proceeding, including the definition or limitation of issues.

None at this time.

DATED this ___ day of January, 2025

By s/ *See next page*
Brian Tackett, *Pro Se Plaintiff*
POB 448
Troy, Montana 59935
Tackett59935@gmail.com

EVANS, CRAVEN & LACKIE, P.S.

By s/ _____
Markus W. Louvier, WSBA #39319
Attorneys for Defendants
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
(509) 455-5200
(509) 455-3632 facsimile
mlouvier@ecl-law.com

JOINT STATUS REPORT - page 7



EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

**13. Feasibility of bifurcation.**

The parties do not believe bifurcation is appropriate or necessary in this case.

**14. Alternative Dispute Resolution.**

The parties believe that they will be able to evaluate the potential to conduct meaningful settlement discussions after preliminary discovery.

**15. Identification of any issues that should be certified to the state Supreme Court.**

None anticipated.

**16. Any other matters which may be conducive to the just, efficient, and economical determination of the action or proceeding, including the definition or limitation of issues.**

None at this time.

DATED this 7th day of January, 2025

By s/
Brian Tackett, *Pro Se Plaintiff*
POB 448
Troy, Montana 59935
Tackett59935@gmail.com

JOINT STATUS REPORT - page 6



EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

## CERTIFICATE OF SERVICE

I hereby certify that on January 7th, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**_Plaintiff, Pro Se_**
Brian Tackett
POB 448
Troy, Montana 59935
Tackett59935@gmail.com

s/
MARKUS W. LOUVIER, #39319
Attorneys for Defendants
818 West Riverside, Suite 250
Spokane, Washington 99201
(509) 455-5200/    (509) 455-3632 Facsimile
mlouvier@ecl-law.com

JOINT STATUS REPORT - page 8



EVANS, CRAVEN
& LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632