THE HONORABLE THOMAS O. RICE

MARKUS W. LOUVIER, WSBA #39319
STEPHANIE A. CROCKETT, WSBA #62797
Evans, Craven & Lackie, P.S.
818 West Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
mlouvier@ecl-law.com
scrockett@ecl-law.com
*Attorneys for Defendants*

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN TACKETT,<br><br>Plaintiff,<br><br>vs.<br><br>PROVIDENCE SACRED HEART MEDICAL CENTER, KAVITHA CHAGANUR, MD,<br><br>Defendants. | Cause No. 2:24-cv-00262-TOR<br><br>DECLARATION OF ASHLEY THOMPSON IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S SECOND MOTION TO COMPEL DISCOVERY |

I, Ashley Thompson, under the penalty of perjury under the laws of the State of Washington, state and declare as follows:

1. I am the front desk receptionist at the law firm Evans, Craven & Lackie, P.S. I am over the age of 18, have personal knowledge, and am competent to testify regarding the matters contained herein.

DECLARATION OF ASHLEY THOMPSON IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S SECOND MOTION TO COMPEL DISCOVERY - page 1

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

2. On Wednesday, September 17, 2025 at 12:33pm I received an email from attorney Stephanie Crockett. She requested that I send a phone call from Mr. Tackett that was expected later that same day, be sent to attorney Mark Louvier's phone. I responded to this email and indicated that I would do so. Attached hereto as **Exhibit 1** is a true and correct copy of such email correspondence.

3. At about 2:30 pm on September 17, 2025, Mr. Tackett did call, as expected, and asked to speak with Stephanie. Based on the email I received from Stephanie earlier that afternoon, I inadvertently informed Mr. Tackett that Stephanie was unavailable but specifically told Mr. Tackett that I could forward his call to Mark Louvier's phone to speak with him.

4. Mr. Tackett adamantly refused to speak with Mark, and stated that he would only speak with Stephanie, and that he had a scheduled meeting only with her.

5. I then put Mr. Tackett on a brief hold. I walked down the hallway to where both Stephanie Crockett and Mark Louvier's offices are located. I noted that Stephanie's office door was open and she was not at her desk. I also noted that Mark's door was closed and had a sign which indicated that he was "in

DECLARATION OF ASHLEY THOMPSON IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S SECOND MOTION TO COMPEL DISCOVERY - page 2



EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

a meeting." Based on this, I assumed that both Mark and Stephanie were in Mark's office and in a meeting.

6. I then returned to the phone call with Mr. Tackett and informed him that Mark and Stephanie were unavailable and offered to forward him to either Mark or Stephanie's phones to leave a voicemail. Mr. Tackett refused both offers.

7. Prior to ending the phone call, he informed me that he would be documenting this with the court.

8. Immediately after the phone call ended, at 2:32pm, I emailed both Mark and Stephanie to inform them that Mr. Tackett had called. Again, Mr. Tackett specifically stated that he did not want to speak with Mark and refused to be forwarded to Mark's phone. A true and correct copy of the email I sent to Mark and Stephanie after my phone call with Mr. Tackett is attached hereto as **Exhibit 2**.

9. At no point during my phone call with Mr. Tackett did I specifically tell him that Mark and Stephanie were not waiting for his call. I only communicated to Mr. Tackett that Mark and Stephanie appeared to be in a meeting together, as described above. I provided him with multiple opportunities to

DECLARATION OF ASHLEY THOMPSON IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S SECOND MOTION TO COMPEL DISCOVERY - page 3



EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

be forwarded to Mark's phone in order to try to speak with him, or to be connected with Mark or Stephanie's voicemail.

DATED this 23 day of September, 2025.

By: /s/ Ashley Thompson
Ashley Thompson

DECLARATION OF ASHLEY THOMPSON IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S SECOND MOTION TO COMPEL DISCOVERY - page 4

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

...

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

***Plaintiff, Pro Se***
Brian Tackett
POB 448
Troy, Montana 59935
Tackett59935@gmail.com

/s/ *Markus W. Louvier*
MARKUS W. LOUVIER, WSBA #39319
STEPHANIE A. CROCKETT, WSBA #62797
Attorneys for Defendants
818 West Riverside, Suite 250
Spokane, Washington 99201
(509) 455-5200/(509) 455-3632 Facsimile
mlouvier@ecl-law.com
scrockett@ecl-law.com

DECLARATION OF ASHLEY THOMPSON IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S SECOND MOTION TO COMPEL DISCOVERY - page 5



EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632