## Ashley Thompson

**From:** Ashley Thompson
**Sent:** Wednesday, September 17, 2025 1:06 PM
**To:** Stephanie Crockett
**Subject:** RE: Tackett v. SHMC - Call at 2:30pm

Will do 😊

**From:** Stephanie Crockett <SCrockett@ecl-law.com>
**Sent:** Wednesday, September 17, 2025 12:33 PM
**To:** Ashley Thompson <athompson@ecl-law.com>
**Subject:** Tackett v. SHMC - Call at 2:30pm

Hey Ashley,

We have Brian Tackett who is going to call as at about 2:30pm today. It's possible he may ask for me, but please send him to Mark's phone.

Stephanie Crockett | Associate Attorney
Evans, Craven & Lackie, P.S.
818 West Riverside, Suite 250
Spokane, Washington 99201
P: (509) 455-5200 | F: (509) 455-3632 | E: scrockett@ecl-law.com

1