**Ashley Thompson**

---

**From:** Ashley Thompson
**Sent:** Wednesday, September 17, 2025 2:32 PM
**To:** Stephanie Crockett; Mark Louvier
**Subject:** Brian Tackett called

Mr. Tackett called to speak with Stephanie at about 2:30 p.m. When she was unavailable to take the call, I offered to try Mark, but Mr. Tackett insisted that he only speak with Stephanie and did not want to speak with Mark. He said that he will be documenting this with the court because he set up a meeting about a week and half ago and was counting on speaking with her.

Thanks,

Ashley