THE HONORABLE THOMAS O. RICE

MARKUS W. LOUVIER, WSBA #39319
STEPHANIE A. CROCKETT, WSBA #62797
Evans, Craven & Lackie, P.S.
818 West Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
mlouvier@ecl-law.com
scrockett@ecl-law.com
*Attorneys for Defendants*

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN TACKETT,<br><br>    Plaintiff,<br><br>vs.<br><br>PROVIDENCE SACRED HEART MEDICAL CENTER, KAVITHA CHAGANUR, MD,<br><br>    Defendants. | Cause No. 2:24-cv-00262-TOR<br><br>DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DEPOSITION DATES |

   Plaintiff filed his Motion to Compel Deposition Dates on September 27, 2025, which is notably his third motion to compel discovery in this case. *ECF No. 166*. However, on October 9, 2025, Plaintiff stated that he would voluntarily withdraw his pending Motion to Compel Deposition Dates. *Louvier Decl. Ex 1*. Defendants provided Plaintiff with deposition dates for Defendant Dr. Chaganur

DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTION TO COMPEL DEPOSITION DATES
- page 1



818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

on October 9, 2025, and the parties were able to schedule such deposition date. Plaintiff agreed to allow more time for providing a 30(b)(6) deposition date. *Id*.

On this same date, Plaintiff emailed defense counsel an Agreed Notice of Withdrawal of Motion to Compel Deposition Dates, which he stated he attempted to file. *Id. at Ex. 2*. Due to difficulties accessing Pacer, Plaintiff stated that he mailed this Notice of Withdrawal to the Court. *Id. at Ex. 1*.

Based on the above, Defendants respectfully request this Court deny Plaintiff's Motion.

DATED this 13th, day of October 2025.

          EVANS, CRAVEN & LACKIE, P.S.

          By: _____/s/ Markus W. Louvier_____
          MARKUS W. LOUVIER, WSBA #39319
          STEPHANIE A. CROCKETT, WSBA #62797
          Attorneys for Defendants
          Evans, Craven & Lackie, P.S.
          818 West Riverside, Suite 250
          Spokane, Washington 99201
          (509) 455-5200/(509) 455-3632 Facsimile
          mlouvier@ecl-law.com
          scrockett@ecl-law.com



# CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

***Plaintiff, Pro Se***
Brian Tackett
POB 448
Troy, Montana 59935
Tackett59935@gmail.com

                        */s/ Markus W. Louvier*
MARKUS W. LOUVIER, WSBA #39319
STEPHANIE A. CROCKETT, WSBA #62797
Attorneys for Defendants
818 West Riverside, Suite 250
Spokane, Washington 99201
(509) 455-5200/(509) 455-3632 Facsimile
mlouvier@ecl-law.com
scrockett@ecl-law.com

