THE HONORABLE THOMAS O. RICE

MARKUS W. LOUVIER, WSBA #39319
STEPHANIE A. CROCKETT, WSBA #62797
Evans, Craven & Lackie, P.S.
818 West Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
mlouvier@ecl-law.com
scrockett@ecl-law.com
*Attorneys for Defendants*

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN TACKETT,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>PROVIDENCE SACRED HEART MEDICAL CENTER, KAVITHA CHAGANUR, MD,<br><br>　　　　　　　Defendants. | Cause No. 2:24-cv-00262-TOR<br><br>DECLARATION OF MARKUS W. LOUVIER IN SUPPORT OF DEFENDANTS' DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DEPOSITION DATES |

I, Markus W. Louvier, under the penalty of perjury under the laws of the State of Washington, state and declare as follows:

DECLARATION OF MARKUS W. LOUVIER IN SUPPORT OF DEFENDANTS' DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DEPOSITION DATES - page 1

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

1. I am one of the attorneys in this matter representing Defendants. I am over the age of 18, have personal knowledge, and am competent to testify regarding the matters contained therein.

2. On October 9, 2025, Defendants provided Plaintiff with deposition dates for Defendant Dr. Chaganur and the parties were able to schedule such deposition date. Plaintiff agreed to allow more time for providing a 30(b)(6) deposition date. Plaintiff stated that he would voluntarily withdraw his pending Motion to Compel Deposition Dates. Attached hereto as **Exhibit 1** is a true and correct copy of such correspondence.

3. Also on October 9, 2025, Plaintiff stated that he attempted to file an Agreed Notice of Withdrawal of Motion to Compel Deposition dates, but had issues with accessing his Pacer account, and instead mailed such Notice. A true and correct copy of this Notice of Withdrawal is attached hereto as **Exhibit 2**.

DATED this 13th day of October 2025.

EVANS, CRAVEN & LACKIE, P.S.

By: _____/s/ Markus W. Louvier_____
MARKUS W. LOUVIER, WSBA #39319

DECLARATION OF MARKUS W. LOUVIER IN SUPPORT OF
DEFENDANTS' DEFENDANTS' RESPONSE
TO PLAINTIFF'S MOTION TO COMPEL
DEPOSITION DATES - page 2

EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

# CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**_Plaintiff, Pro Se_**
Brian Tackett
POB 448
Troy, Montana 59935
Tackett59935@gmail.com

           /s/ *Markus W. Louvier*
MARKUS W. LOUVIER, WSBA #39319
STEPHANIE A. CROCKETT, WSBA #62797
Attorneys for Defendants
818 West Riverside, Suite 250
Spokane, Washington 99201
(509) 455-5200/(509) 455-3632 Facsimile
mlouvier@ecl-law.com
scrockett@ecl-law.com

DECLARATION OF MARKUS W. LOUVIER IN SUPPORT OF DEFENDANTS' DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DEPOSITION DATES - page 3



EVANS, CRAVEN & LACKIE, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632