**Stephanie Crockett**

---

| | |
|---|---|
| **From:** | Brian T <tackett59935@gmail.com> |
| **Sent:** | Thursday, October 9, 2025 2:30 PM |
| **To:** | Mark Louvier |
| **Cc:** | Stephanie Crockett |
| **Subject:** | Re: Discovery Conference -- Court's Order of 10-9-2025 |
| **Attachments:** | WithdrlMotDepoDates.pdf; NoticeofDeposition-Dr.Chaganur.pdf |

Attached is the Agreed Notice. I am locked out of PACER, apparently along with many others because when I called they said I was 88th inline with an expected wait time of 128 minutes. I hung up. So I will mail it out... but this is it.

Also, attached is the Notice of Deposition and although Mike hasn't responded he has indicated that the 23rd was available. If anything changes I will let you know.
Thank you
Brian Tackett

On Thu, Oct 9, 2025 at 2:46 PM Mark Louvier <mlouvier@ecl-law.com> wrote:
> Answers below. THanks.
>
> Markus W. Louvier | Attorney
> Evans, Craven & Lackie, P.S.
> 818 West Riverside, Suite 250
> Spokane, Washington 99201
> P: (509)455-5200 | F: (509)455-3632 | E: mlouvier@ecl-law.com
>
> ---
>
> **From:** Brian T <tackett59935@gmail.com>
> **Sent:** Thursday, October 9, 2025 12:53 PM
> **To:** Mark Louvier <mlouvier@ecl-law.com>
> **Cc:** Stephanie Crockett <SCrockett@ecl-law.com>
> **Subject:** Re: Discovery Conference -- Court's Order of 10-9-2025
>
> Thank you Mr. Louvier.
> 1. I would prefer to do the deposition at the recorder's office in Spokane: Mike Crumb with Crumb Court Reporting. It would just be easier on him, and thus cheaper on me. **That's fine.**
> 2. October 23 at 9AM is fine. **Perfect, I will get it set up.**
> 3. I agree to allow more time for the 30(b)(6) dates and will, with your consent, withdraw the pending motion to compel dates with an agreed notice today if I hear back from you in time. Do I have your consent? **Yes.**
> 4. I agree to record at my own expense and furnish you a copy of the discovery conference. **Okay.**
> 5. I agree to try another telephone conference, and this time your office calls me and I will be on a recorded line. **Sounds good.**
> Please advise,
> Brian Tackett

1

On Thu, Oct 9, 2025 at 1:39 PM Mark Louvier <mlouvier@ecl-law.com> wrote:

Mr. Tackett:

Dr. Chaganur is available for her deposition on October 23 or 27. Please let me know which date works for you, and whether you would like to conduct the deposition in person or via Zoom/Teams, etc. We will host the deposition in my office. I will follow up concerning CR 30b6 dates and times.

I do not agree to a blanket request to record all communications. However, if you want to record the discovery conference at your own expense, that's fine. I would request a copy of any such recording.

I am not going to meet you at some location between Spokane and Troy, MT. We can handle this via phone.

Mark

Markus W. Louvier | Attorney
Evans, Craven & Lackie, P.S.
818 West Riverside, Suite 250
Spokane, Washington 99201
P: (509)455-5200 | F: (509)455-3632 | E: mlouvier@ecl-law.com

---

**From:** Brian T <tackett59935@gmail.com>
**Sent:** Thursday, October 9, 2025 10:29 AM
**To:** Mark Louvier <mlouvier@ecl-law.com>; Stephanie Crockett <SCrockett@ecl-law.com>
**Subject:** RE: Discovery Conference -- Court's Order of 10-9-2025

Dear Mr. Louvier and Ms. Crockett,

In light of the recent order entered by the Court on October 9, 2025 (ECF No. 167), I am writing to clarify communication procedures moving forward.

**1. Request for Blanket Consent to Record Communications:**
I hereby request that you and all members of your firm, including agents, assistants, and representatives of your clients, consent to all future communications between us—whether by phone, videoconference, or in person—being audio recorded. This will ensure an accurate and verifiable record of our interactions and prevent any future misunderstanding as to what was said or agreed upon.

If you decline to provide such consent, please be advised that I intend to file a motion seeking leave of the Court to amend the existing order to expressly permit recording of all discovery communications and conferences.

**2. Proposal for Neutral Meeting Location:**
Pursuant to the Court's directive that the parties meet and confer in good faith, I propose that we hold our next conference in person at a neutral, secure location roughly halfway between Spokane, Washington, and Troy, Montana. A law enforcement facility—such as a sheriff's substation, police station, or courthouse conference room—would be appropriate to ensure a professional and safe environment for all participants.

Please confirm by replying to this email within seven (5) days whether you consent to the requested recording arrangement and provide your availability and preference regarding location.

This communication is intended to maintain transparency and to demonstrate continued good-faith compliance with the Court's instructions. A copy of this correspondence may be provided to the Court if necessary.

Respectfully,
**Brian Tackett**
Pro Se Plaintiff
P.O. Box 448
Troy, MT 59936
662/544-4500