IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
SPOKANE DIVISION
CIVIL NO. 2:24-cv-00262-TOR

BRIAN TACKETT individually, as
Personal Representative of the Estate
of Robbie Ann Tackett, and as
Guardian of Minor Children G.T. and
G.T.                                                              **PLAINTIFF**

vs.

PROVIDENCE SCRED HEART MECICAL CENTER,
KAVITHA CHAGANUR, M.D.
                                                                       **DEFENDANTS**

## AGREED NOTICE OF WITHDRAWAL OF MOTION TO COMPEL DEPOSISION DATES

Notice is hereby given that Plaintiff and defense counsel have agreed to a voluntary withdrawal of Plaintiff's pending motion to compel defendants to provide deposition dates. (ECF 166).

I, the undersigned, hereby certify that the above is true and correct.

Date: 10-9-2025.

Respectfully,

/S/ _____,
Brian Tackett
POB 448, Troy MT 59935
662/544-4500
Tackett59935@gmail.com

## Certificate of Filing and Service

I, the undersigned, hereby certify that I filed the above with all attachments with the Court Clerk for the Eastern District of Washington District Court, via its Electronic Filing System, which constitutes service upon all parties.

/S/ _____,
Brian Tackett