FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 15 2025

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON
## SPOKANE DIVISION
## CIVIL NO. 2:24-cv-00262-TOR

BRIAN TACKETT individually, as
Personal Representative of the Estate
of Robbie Ann Tackett, and as
Guardian of Minor Children G.T. and
G.T.                                                      **PLAINTIFF**

vs.

PROVIDENCE SCRED HEART MECICAL CENTER,
KAVITHA CHAGANUR, M.D.

                                                          **DEFENDANTS**

## AGREED NOTICE OF WITHDRAWAL OF MOTION TO COMPEL DEPOSISION DATES

Notice is hereby given that Plaintiff and defense counsel have agreed to a

voluntary withdrawal of Plaintiff's pending motion to compel defendants to

provide deposition dates. (ECF 166).

I, the undersigned, hereby certify that the above is true and correct.

Date: *10-9-2025.*                          Respectfully,

                                    /S/ _____,

                                        Brian Tackett
                                        POB 448, Troy MT 59935
                                        662/544-4500
                                        Tackett59935@gmail.com

Certificate of Filing and Service

I, the undersigned, hereby certify that I filed the above with all attachments with the Court Clerk for the Eastern District of Washington District Court, via its Electronic Filing System, which constitutes service upon all parties.

/S/ _____,
Brian Tackett