To:

    Clerk of Court
United States District Court for the Eastern District of Washington
POB 1493
Spokane, WA 99210-1493

RE: Tackett v. Providence, 2:24-cv-00262

Dear Clerk,

    Enclosed please find for filing in the above styled cause:

1. Agreed Notice of Withdrawal of Motion to Compel Deposition Dates.

    Although I am approved for electronic filing, there has been an interruption in my PACER access as an apparent result of the launch by them of a two step verification authentication process. It seems to require some time to sort out so I will have to resort by mail for my filings momentarily. Please forgive me for the inconvenience this causes you.

Sincerely,    Date: 10-9-2025

/S/
Brian Tackett
POB 448
Troy MT 59935
662-544-4500
tackett59935@gmail.com