Tachet
P.O. Box 448
Troy MT 59935

MISSOULA MT 598
11 OCT 2025 PM 1 L

RECEIVED
OCT 15 2025
CLERK, U.S. DISTRICT COURT
SPOKANE, WA

Clerk of Court
United States District Court for Eastern
District of Washington

P.O. Box 1493

Spokane, WA    99210-1493

99210$1493    6