THE HONORABLE THOMAS O. RICE

MARKUS W. LOUVIER, WSBA #39319
STEPHANIE A. CROCKETT, WSBA #62797
Evans, Craven & Lackie, P.S.
818 West Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
mlouvier@ecl-law.com
scrockett@ecl-law.com
*Attorneys for Defendants*

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN TACKETT,<br><br>Plaintiff,<br><br>vs.<br><br>PROVIDENCE SACRED HEART MEDICAL CENTER, KAVITHA CHAGANUR, MD,<br><br>Defendants. | Cause No. 2:24-cv-00262-TOR<br><br>[PROPOSED] ORDER GRANTING DEFENDANT DR. KAVITHA CHAGANUR, MD'S MOTION FOR SUMMARY JUDGMENT |

THIS MATTER came before the Court upon Defendant Dr. Kavitha Chaganur MD's Fed.R.Civ.P. 56 Motion for Summary Judgment; the Court having reviewed the files and records and being fully advised, and good cause appearing, now, therefore:

The Court, having reviewed the following:

1. Defendant Dr. Kavitha Chaganur, MD's Motion for Summary Judgment;

[PROPOSED] ORDER GRANTING DEFENDANT DR. KAVITHA CHAGANUR, MD'S MOTION FOR SUMMARY JUDGMENT - page 1

2. Defendant Dr. Kavitha Chaganur, MD's Statement of Material Facts Not in Dispute;

3. Declaration of Markus W. Louvier with attached exhibit;

4. _____;

5. _____;

6. _____;

7. _____;

8. _____;

9. _____;

10. _____;

Having considered the above, the Court finds that no genuine issues of material fact exist precluding the granting of Defendant Dr. Kavitha Chaganur, MD's Motion for Summary Judgment. As such, the Court being fully advised, NOW, THEREFORE, IT IS HEREBY **ORDERED, ADJUDGED AND DECREED** that Defendant Dr. Kavitha Chaganur, MD's Motion for Summary Judgment is **GRANTED** and all of Plaintiff's claims against Defendant Dr. Chaganur are **DISMISSED WITH PREJUDICE**.

DATED this \_\_, day of _____, 2026.

_____
THE HONORABLE THOMAS O. RICE

[PROPOSED] ORDER GRANTING DEFENDANT DR. KAVITHA CHAGANUR, MD'S MOTION FOR SUMMARY JUDGMENT - page 2

*Presented by*:

EVANS, CRAVEN & LACKIE, P.S.

By:  /s/ Markus Louvier
MARKUS W. LOUVIER, WSBA #39319
STEPHANIE A. CROCKETT, WSBA #62797
Attorneys for Defendants
Evans, Craven & Lackie, P.S.
818 West Riverside, Suite 250
Spokane, Washington 99201
(509) 455-5200/(509) 455-3632 Facsimile
mlouvier@ecl-law.com
scrockett@ecl-law.com


Plaintiff, Pro Se

By: _____
Brian Tackett
POB 448
Troy, Montana 59935
Tackett59935@gmail.com

[PROPOSED] ORDER GRANTING DEFENDANT DR. KAVITHA CHAGANUR, MD'S MOTION FOR SUMMARY JUDGMENT - page 3

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

***Plaintiff, Pro Se***
Brian Tackett
POB 448
Troy, Montana 59935
Tackett59935@gmail.com

    /s/ Markus Louvier
MARKUS W. LOUVIER, WSBA #39319
STEPHANIE A. CROCKETT, WSBA #62797
Attorneys for Defendants
818 West Riverside, Suite 250
Spokane, Washington 99201
(509) 455-5200/(509) 455-3632 Facsimile
mlouvier@ecl-law.com
scrockett@ecl-law.com