THE HONORABLE THOMAS O. RICE

MARKUS W. LOUVIER, WSBA #39319
STEPHANIE A. CROCKETT, WSBA #62797
Evans, Craven & Lackie, P.S.
818 West Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
mlouvier@ecl-law.com
scrockett@ecl-law.com
*Attorneys for Defendants*

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN TACKETT,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>PROVIDENCE SACRED HEART MEDICAL CENTER, KAVITHA CHAGANUR, MD,<br><br>　　　　　　　Defendants. | Cause No. 2:24-cv-00262-TOR<br><br>DEFENDANT DR. CHAGANUR'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE LIMITED SUR-RESPONSE |

**I.    INTRODUCTION**

Defendant Dr. Chaganur filed her timely Motion for Summary Judgment on January 9, 2026. *ECF No. 175*. Plaintiff filed his Response in Opposition to Dr. Chaganur's Motion on January 19, 2026. *ECF No. 183*. Accordingly, Dr. Chaganur filed her Reply in support of her Motion on January 30, 2026. *ECF No. 192*. Shortly thereafter, Plaintiff filed a Motion for Leave to File Limited Sur-

DEFENDANT DR. CHAGANUR'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE LIMITED SUR-RESPONSE - page 1

Response to Defendant Dr. Chaganur's Motion for Summary Judgment. *ECF No. 195*.

Like his previous Motion to file a Sur-Reply to PSHMC's Motion for Summary Judgment, Plaintiff claims that Dr. Chaganur raised arguments in her Reply (*ECF No. 192*) which were not within her original Motion for Summary Judgment (*ECF No. 175*). This assertion is wholly untrue, and therefore Plaintiff's Motion should be denied. The arguments advanced in Dr. Chaganur's initial Motion are the precise arguments which are addressed in her Reply briefing. A sur-reply is unnecessary.

## II.    ARGUMENT

Defendant Dr. Chaganur points Plaintiff to the Introduction of her Motion for Summary Judgment where it specifically states that the Motion argues "Plaintiff has not produced the required expert testimony necessary to prove a prima facie case for his negligence and lack of informed consent claims against Defendant Dr. Chaganur" and that his claims are subject to dismissal because "they are unsupported by sufficient evidence and expert testimony." *ECF No. 175, pg. 2, lines 23-28*.

First, Plaintiff claims that "Defendant did not challenge the admissibility or foundational sufficiency of Plaintiff's expert" nor argue that Plaintiff's expert

DEFENDANT DR. CHAGANUR'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE LIMITED SUR-RESPONSE - page 2

"lacked familiarity with the Washington standard of care." However, in Dr. Chaganur's Motion for Summary Judgment it was specifically argued that:

- A Plaintiff must establish that a "health care provider failed to exercise that degree of care, skill, and learning expected of a reasonably prudent health care provider at the time **in the profession or class to which he or she belongs**, **in the state of Washington**…." *ECF No. 175, pg. 6, lines 7-10*.

- A Plaintiff "must establish the applicable standard of care relative to the specific moving defendant." *Id. at pg. 7, lines 14-17*.

- The Washington Supreme Court intended to limit those who "set the standard of care to healthcare providers within the State of Washington" and that a plaintiff must establish a standard of care violation "through the testimony of the **professional equals** of the defendant physician." *Id. at pg. 9, lines 4-11, 16-18*.

Defendant again reminds Plaintiff that it is his burden to provide qualified competent expert testimony to support each element of his claims under RCW 7.70.040.

It is clear that Defendant Dr. Chaganur in no way raised "new theories" or "new arguments" in her Reply in support of her Motion for Summary Judgment as Plaintiff attempts to argue. Plaintiff has had more that sufficient time to review

DEFENDANT DR. CHAGANUR'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE LIMITED SUR-RESPONSE - page 3

the filings, gather expert reports over the many years this lawsuit has been pending, and respond to Defendant's timely Motion; no prejudice would befall Plaintiff where he has had every opportunity to respond to the exact issues raised in Dr. Chaganur's Motion for Summary Judgment. Defendant Dr. Chaganur's Reply brief was directly supportive of her Motion and responsive to Plaintiff's arguments made in Opposition to the same. Accordingly, his Motion to file a sur-response brief should be denied where there are no "new defense arguments."

### III.    CONCLUSION

Based on the foregoing, Plaintiff's Motion to File Sur-Reply should be denied.

DATED this 2nd day of February 2026.

                EVANS, CRAVEN & LACKIE, P.S.

                By:/s/ *Markus Louvier*
                MARKUS W. LOUVIER, WSBA #39319
                STEPHANIE A. CROCKETT, WSBA #62797
                Attorneys for Defendants
                818 West Riverside, Suite 250
                Spokane, Washington 99201
                (509) 455-5200/(509) 455-3632 Facsimile
                mlouvier@ecl-law.com
                scrockett@ecl-law.com

# CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

**_Plaintiff, Pro Se_**
Brian Tackett
POB 448
Troy, Montana 59935
Tackett59935@gmail.com

/s/ *Mark Louvier*
MARKUS W. LOUVIER, WSBA #39319
STEPHANIE A. CROCKETT, WSBA #62797
Attorneys for Defendants
818 West Riverside, Suite 250
Spokane, Washington 99201
(509) 455-5200/(509) 455-3632 Facsimile
mlouvier@ecl-law.com
scrockett@ecl-law.com

DEFENDANT DR. CHAGANUR'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE LIMITED SUR-RESPONSE - page 5