THE HONORABLE THOMAS O. RICE

MARKUS W. LOUVIER, WSBA #39319
STEPHANIE A. CROCKETT, WSBA #62797
Evans, Craven & Lackie, P.S.
818 West Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
mlouvier@ecl-law.com
scrockett@ecl-law.com
*Attorneys for Defendants*

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN TACKETT,<br><br>     Plaintiff,<br><br>vs.<br><br>PROVIDENCE SACRED HEART MEDICAL CENTER, KAVITHA CHAGANUR, MD,<br><br>     Defendants. | Cause No. 2:24-cv-00262-TOR<br><br>DEFENDANT PROVIDENCE SACRED HEART MEDICAL CENTER AND DR. KAVITHA CHAGANUR, MD'S **SECOND** MOTION IN *LIMINE*<br><br>Date: May 27, 2026<br>Time: 9:00 a.m. |

COME NOW Defendants Providence Sacred Heart Medical Center and Kavitha Chaganur, MD, by and through their attorneys of record of the law firm Evans, Craven & Lackie, P.S., and respectfully move the Court for an Order prohibiting certain evidence and argument at the time of trial.

DEFENDANT PROVIDENCE SACRED HEART MEDICAL CENTER AND DR. KAVITHA CHAGANUR, MD'S SECOND MOTIONS IN *LIMINE* - page 1

## II. RELIEF REQUESTED

### 24. Testimony of Greg Hoffman, CFO of Providence Health & Services.

Plaintiff recently notified defendants that Greg Hoffman, CFO of Providence Health & Services – Washington would be called as a rebuttal witness. *Louvier Decl., Ex. 1*. Mr. Hoffman was not disclosed in Plaintiff's initial witness disclosure (*Louvier Decl., Ex. 2*), nor was he listed on Plaintiff's list of trial witnesses (ECF No. 204). As such, his testimony should be excluded pursuant to Fed. R. Civ. P. 37:

> If a party fails to provide information or identify a witness as required by Rule 26(a) or (e), the party is not allowed to use that information or witness to supply evidence on a motion, at a hearing, or at a trial, unless the failure was substantially justified or is harmless.

Fed. R. Civ. P. 37(c)(1). "Rule 37(c)(1) is a 'self-executing,' 'automatic' sanction designed to provide a strong inducement for disclosure." *Goodman v. Staples The Office Superstore, LLC*, 644 F.3d 817, 827 (9th Cir. 2011) (citing *Yeti by Molly, Ltd. v. Deckers Outdoor Corp.*, 259 F.3d 1101, 1106 (9th Cir. 2001)). "The only exceptions to Rule 37(c)(1)'s exclusion sanction apply if the failure to disclose is substantially justified or harmless." *Id.* The party seeking to avoid Rule 37's exclusionary sanction bears the burden of establishing harmlessness. *Id.*

Equally as important is the fact that Mr. Hoffman does not appear to have any relevant or admissible testimony to offer in this matter. He does not work at

DEFENDANT PROVIDENCE SACRED HEART MEDICAL CENTER AND DR. KAVITHA CHAGANUR, MD'S SECOND MOTIONS IN *LIMINE* - page 2

Providence Sacred Heart Medical Center. He is an administrator, not a clinician. Numerous efforts have been made to understand the nature and scope of Mr. Hoffman's proposed testimony. Those efforts are described in *Louvier Decl. at Ex. 3*. Defendants can only conclude, based upon statements made by Plaintiff Tackett, that Mr. Hoffman could be called to testify regarding the finances or financial considerations of Providence in its treatment of patients.

The financial condition of Providence as a whole has nothing to do with Plaintiff's claims in this case. There is no evidence in this case that Providence's actions were motivated by insurance or money. And, even if Mr. Tackett did produce such evidence, motive is not an element of any claim in this case. The only liability issue the jury will be asked to decide is whether the defendants complied with the standard of care in their treatment of Mrs. Tackett. Any testimony of Mr. Hoffman relating to financial issues would be irrelevant (FRE 401-402) and unfairly prejudicial (FRE 403).

**25. Plaintiff's economics report and any testimony relating to the report or its contents drafted by Mr. Kellenberg should be excluded.**

Recently, Plaintiff provided notice of his intention to utilize an economic damages report offered by an individual named Derek Kellenberg in 2023. Mr. Kellenberg was not identified as an expert witness in this case. He was not listed

DEFENDANT PROVIDENCE SACRED HEART MEDICAL CENTER AND DR. KAVITHA CHAGANUR, MD'S SECOND MOTIONS IN *LIMINE* - page 3

in Plaintiff's Initial Witness Disclosure. *Louvier Decl., Ex. 2.* He was not identified in Plaintiff's disclosure of trial witnesses (ECF No. 204).

> *Dr. Kellenberg is not presently available to me as a retained trial witness. As a self-represented litigant, I have not been able to secure his participation at trial, and therefore I do not intend to call him as a live witness.*
>
> *However, as reflected in my Rule 26 disclosures and supplemental computation of damages, I do intend to rely on the underlying economic calculations and figures contained in his report, together with the supporting documentation and other evidence in the record, as part of my damages presentation. Those materials have been disclosed and form part of the basis for my claimed economic losses.*

*Louvier Decl., Ex. 4.* Mr. Kellenberg's report should be excluded for the reasons identified in Defendants' Motion in Limine Nos. 6 and 22 (ECF No. 210). In addition, use of Mr. Kellenberg's report would unfairly prejudice the defense as it would insulate Mr. Kellenberg from cross-examination on the topics addressed therein. Any statements concerning Mr. Kellenberg's opinions, analysis, or report are hearsay and should be excluded on that basis as well. FRE 801-803. Any opinions lack foundation as to his expertise. FRE 702-703.

DEFENDANT PROVIDENCE SACRED HEART MEDICAL CENTER AND DR. KAVITHA CHAGANUR, MD'S SECOND MOTIONS IN *LIMINE* - page 4

DATED this 5th day of May 2026.

EVANS, CRAVEN & LACKIE, P.S.

By:  /s/ Markus W. Louvier
MARKUS W. LOUVIER, WSBA #39319
STEPHANIE A. CROCKETT, WSBA #62797
Attorneys for Defendants
Evans, Craven & Lackie, P.S.
818 West Riverside, Suite 250
Spokane, Washington 99201
(509) 455-5200/(509) 455-3632 Facsimile
mlouvier@ecl-law.com
scrockett@ecl-law.com

DEFENDANT PROVIDENCE SACRED HEART MEDICAL CENTER AND DR. KAVITHA CHAGANUR, MD'S SECOND MOTIONS IN *LIMINE* - page 5

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

***Plaintiff, Pro Se***
Brian Tackett
POB 448
Troy, Montana 59935
Tackett59935@gmail.com

                                      __/s/ Markus W. Louvier_____
MARKUS W. LOUVIER, WSBA #39319
STEPHANIE A. CROCKETT, WSBA #62797
Attorneys for Defendants
818 West Riverside, Suite 250
Spokane, Washington 99201
(509) 455-5200/(509) 455-3632 Facsimile
mlouvier@ecl-law.com
scrockett@ecl-law.com

DEFENDANT PROVIDENCE SACRED HEART MEDICAL CENTER AND DR. KAVITHA CHAGANUR, MD'S SECOND MOTIONS IN *LIMINE* - page 6