THE HONORABLE THOMAS O. RICE

MARKUS W. LOUVIER, WSBA #39319
STEPHANIE A. CROCKETT, WSBA #62797
Evans, Craven & Lackie, P.S.
818 West Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
mlouvier@ecl-law.com
scrockett@ecl-law.com

*Attorneys for Defendants*

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN TACKETT,<br><br>Plaintiff,<br><br>vs.<br><br>PROVIDENCE SACRED HEART MEDICAL CENTER, KAVITHA CHAGANUR, MD,<br><br>Defendants. | Cause No. 2:24-cv-00262-TOR<br><br>DECLARATION OF MARKUS W. LOUVIER IN SUPPORT OF DEFENDANTS' **SECOND** MOTIONS IN *LIMINE* |

I, Markus W. Louvier, under the penalty of perjury under the laws of the State of Washington, state and declare as follows:

1. I am one of the attorneys in this matter representing Defendants. I am over the age of 18, have personal knowledge, and am competent to testify regarding the matters contained herein.

DECLARATION OF MARKUS W. LOUVIER IN SUPPORT OF DEFENDANTS' **SECOND** MOTIONS IN *LIMINE* - page 1

2. Attached hereto as **Exhibit 1** is a true and correct copy of the email correspondence from Plaintiff, dated April 30, 2026. Within this email correspondence, Plaintiff for the first time communicates any intention of calling Greg Hoffman, CFO, as a witness.

3. Attached hereto as **Exhibit 2** is a true and correct copy of Plaintiff's Initial Witness Disclosure provided to Defendants in January 2025. Such does not include Greg Hoffman, CFO, or Mr. Derek Kellenberg.

4. Attached hereto as **Exhibit 3** is a true and correct copy of email correspondence regarding Mr. Hoffman.

5. Attached hereto as **Exhibit 4** is a true and correct copy of email correspondence regarding Mr. Kellenberg, dated April 28, 2026.

DATED this 5th day of May 2026.

EVANS, CRAVEN & LACKIE, P.S.

By: /s/ Markus W. Louvier
MARKUS W. LOUVIER, WSBA #39319

DECLARATION OF MARKUS W. LOUVIER IN SUPPORT OF DEFENDANTS' **SECOND** MOTIONS IN *LIMINE* - page 2

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 5, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

***<u>Plaintiff, Pro Se</u>***
Brian Tackett
POB 448
Troy, Montana 59935
Tackett59935@gmail.com

_/s/ Markus W. Louvier_____
MARKUS W. LOUVIER, WSBA #39319
STEPHANIE A. CROCKETT, WSBA #62797
Attorneys for Defendants
818 West Riverside, Suite 250
Spokane, Washington 99201
(509) 455-5200/(509) 455-3632 Facsimile
mlouvier@ecl-law.com
scrockett@ecl-law.com

DECLARATION OF MARKUS W. LOUVIER IN SUPPORT OF DEFENDANTS' **SECOND** MOTIONS IN *LIMINE* - page 3