## Tackett v Providence - Potential Rebuttal Witness – Greg Hoffman

  Summarize

 **Brian T**

😊 | ↩ Reply | ↩ Reply All | → Forward

To  ● Mark Louvier; ⊘ Stephanie Crockett; ● Nakita Singleton

Thu 4/30/2026 12:37 PM

Mr. Louvier,

I am writing regarding Greg Hoffman, Providence's CFO in 2024.

Based on materials produced and publicly available information, Mr. Hoffman appears to have knowledge relevant to Providence's financial reporting and related statements that may become pertinent depending on the scope of the defense case at trial.

At this time, I am evaluating whether Mr. Hoffman may be necessary as a rebuttal witness, limited to authentication and/or responding to issues raised by Providence's witnesses or experts. I am not designating him for my case-in-chief.

Before taking further steps, please advise whether Providence will accept service on his behalf or make him available voluntarily for rebuttal testimony, if needed (including by remote appearance). If so, please confirm.

If Providence does not intend to make Mr. Hoffman available, please let me know so I can determine whether a trial subpoena will be necessary.

I am attempting to address this in advance to avoid any unnecessary scheduling or service issues during trial.

Please respond at your earliest convenience.

Brian Tackett
Plaintiff, Pro Se