PLAINTIFF'S INITIAL WITNESS DISCLOSURE

| Name | Address | Telephone |
|---|---|---|
| Dr. Alex Marmureanu (retained expert) | ██████████████████ ████████ | ████████ |
| Dr. Philip E. Newman (retained expert) | ██████████████ ██████████ | ████████ |
| Dr. William Highfill (hybrid Expert/fact) | ██████████████ ████████ | ████████ |
| Dr. William Ralston (hybrid) | ████████ ██████████ | ████████ |
| Tammy Alberson, DMEI (hybrid) | ██████████████ ████████████████ | ████████ |
| Larry Hobson (hybrid) | ██████████████ ████████████████ | ████████ |
| Joseph Chopyak (hybrid) | ██████████ ███ | ████████ |
| Brian Tackett | ███ ██████████ | ████████ |
| Grayson Tackett (minor) | ██ ██████████ | ████████ |
| Gretta Tackett (minor) | ███ ██████████ | ████████ |
| Ricky Butler | ██████████ ██████████ | ████████ |
| John Strickland | ██████████ ██████████ | |
| Charles Baker | ██████████ | ████ |
| Tyrone Tackett | ██████████ ██████████████ | ████████ |
| Cable Tel Services | ██████████ ██████████ | ████████ |

Coltek Services                    ███████████        ███████
                                   ███████████

Unity Bank                         ███████████        ███████
                                   ██████████

*Officers, Employees, and other healthcare providers, of Providence Sacred Heart Medical Center*, located
        at:
                                   ████████           ████████
                                   ██████████

Dr. Kavitha Chaganur (hybrid)
Dr. Timothy Charles Ball  (hybrid)
Dr. Ryan James McDonald (hybrid)
Dr. Julie Kaczmark (hybrid)
Dr. Sadaf Zaidi (hybrid)
Daveena M. Loera, RN (hybrid)
Jennie Capdeville
Katy L. Vegele, RN (hybrid)
Alison Lee Houchin, ARNP (hybrid)
Dr. Tony Adams (hybrid)
Alicia A. Staton, RN (hybrid)
Suzanne Elizabeth Anders, ARNP (hybrid)
Dr. Stephen T. Thew (hybrid)
Dr. Syed W. Abbas (hybrid)
Cody Reese, PA-C (hybrid)
Dr. Stephen Malkoski (hybrid)
Dr. Alicia S. Fuhrman (hybrid)
Mallory L. Sneidmiller, RN (hybrid)
Shane M. Bassett, PT (hybrid)
Janell Lukes, OT (hybrid)
Kayla M. Bishop, OT (hybrid)
Kaitlyn M. Storch, RN (hybrid)
Mariya I Gorbenko, RN (hybrid)
Tricia R. Mettler, MSW (hybrid)
Tatiana Brownlow, COTA (hybrid)
Brooke R. Moser, (hybrid)
Cherie A. Abernathy, RN (hybrid)
Brenda K. Campanella, RN (hybrid)
Davina I. Carr, RN (hybrid)
Jennell Taylor, RN (hybrid)
Brian O. Sitt, RN (hybrid)
Aaron Canfield, DO (hybrid)
L. Brookeheart, RN (hybrid)
Dr. Yi Mao (hybrid)

Tammy E. Sandoval
Kathryn Mae Al Hafian (ARNP)
Liza K. Gregg
Lauren E Wagner
Rebecca N. Hardie, RN (hybrid)
Dr. William R. Bennett (hybrid)
Nicholas P. Johnson, RN (hybrid)
Mallory L. Sneidmiller, RN (hybrid)
Dr. Angelo S. Ferraro (hybrid)
Jeri P. Petragallo
Dr. Terri Lewis (hybrid)
Dr. Chris Krejci (hybrid)
Susan Stacey, MBA, BSN, RN, Chief Executive, Providence Inland Northwest Washington
Chris Chung, Chief Financial Officer, Sacred Heart Medical Center
Dan Getz, DO, MD, Chief Medical Officer, Providence Inland Northwest Washington
Former, *unknown named*, Chief Financial Officer and Chief Medical Officer, of Providence Inland
    Northwest Washington