## Re: Supplemental Damages Computation (Rule 26(e) – Tackett v. Providen...



 Brian T

To  Mark Louvier

Cc  Nakita Singleton; Stephanie Crockett

Tue 4/28

(i) If there are problems with how this message is displayed, click here to view it in a web browser.

Mr. Louvier,

Thank you for your inquiry.

Dr. Kellenberg is not presently available to me as a retained trial witness. As a self-represented litigant, I have not been able to secure his participation at trial, and therefore I do not intend to call him as a live witness.

However, as reflected in my Rule 26 disclosures and supplemental computation of damages, I do intend to rely on the underlying economic calculations and figures contained in his report, together with the supporting documentation and other evidence in the record, as part of my damages presentation. Those materials have been disclosed and form part of the basis for my claimed economic losses.

To the extent necessary, I will present those damages through admissible documentary evidence and testimony consistent with the Federal Rules of Evidence.

Brian Tackett

Plaintiff Pro-se