Justin D. Leigh (WSBA No. 55307)
LAW OFFICE OF JUSTIN D. LEIGH
106 N. Grant Ave. | P.O. Box 855
Goldendale, WA 98620
509-426-4415

**IN UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF WASHINGTON**

BRIAN TACKETT, an individual, as Personal Representative of the Estate of Robbie Ann Tackett, and as Guardian of Minor Children G.T. and G.T.

   Plaintiffs,

 v.

PROVIDENCE SACRED HEART MEDICAL CENTER and KAVITHA CHAGANUR,

   Defendants.

CASE NO. **2:24-CV-00262-TOR**

**NOTICE OF APPEARANCE**

TO:   Clerk of the Court

AND TO: Marcus W. Louvier and Stephanie A. Crockett of Evans, Craven & Lackie, P.S., Attorneys for Defendants

  Please take notice that Justin D. Leigh of Law Office of Justin D. Leigh hereby enters his appearance as counsel of record for Plaintiffs Brian Tackett in

NOTICE OF APPEARANCE -
PAGE 1 OF 3

LAW OFFICE OF **JUSTIN D. LEIGH**
106 N. GRANT ST. | P.O. BOX 855
GOLDENDALE, WA 98620
T 509.426.4415

the following capacities: (a) individually; (b) as the Personal Representative of the Estate of Robbie Ann Tackett; and (c) as Guardian of Minor Children G.T. and G.T without waiving any defenses and requests that all future papers or pleadings in this cause be served upon him at the address below.

Dated: May 9, 2026

LAW OFFICE OF JUSTIN D. LEIGH

*/s/ Justin D. Leigh*
Justin D. Leigh (WSBA No. 55307)
106 N. Grant Ave. | P.O. Box 855
Goldendale, WA 98620
Tel: 509-426-4415
Email: justindleigh@gmail.com

*Attorney for Plaintiffs Brian Tackett, individually, as Personal Representative of the Estate of Robbie Ann Tackett, and as Guardian of Minor Children G.T. and G.T.*

NOTICE OF APPEARANCE -
PAGE 2 OF 3

## CERTIFICATE OF SERVICE

I, Justin D. Leigh, certify under penalty of perjury under the law of the United State and the State of Washington that that on May 9, 2026, I caused to be served the attached document to the individual(s) listed below via electronic mail and e-service:

EVANS, CRAVEN & LACKIE, P.S.

Markus W. Louvier
Stephanie A. Crockett
818 W. Riverside, Ste. 250
Spokane, WA 99201
mlouvier@ecl-law.com
scrockett@eco-law.com

*Attorneys for Defendants*

/s/ Justin D. Leigh
Justin D. Leigh

LAW OFFICE OF **JUSTIN D. LEIGH**
106 N. GRANT ST. | P.O. BOX 855
GOLDENDALE, WA 98620
T 509.426.4415