UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN TACKETT individually, as Personal Representative of the Estate of Robbie Ann Tackett, and as Guardian of Minor Children G.T. and G.T.,<br><br>                    Plaintiff,<br><br>        v.<br><br>PROVIDENCE SACRED HEART MEDICAL CENTER, and KAVITHA CHAGANUR,<br><br>                    Defendants. | NO. 2:24-CV-0262-TOR<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR REPRESENTATION OF MINOR PLAINTIFFS |

BEFORE THE COURT is Plaintiff's Motion for Representation of Minor Plaintiffs (ECF No. 202). This matter was submitted for consideration without oral argument. The Court has reviewed the record and files herein and is fully informed.

Trial in this matter is set for June 8, 2026. Plaintiff moves pursuant to Federal Rule of Civil Procedure 17(c) for an order to protect the legal claims of

ORDER DENYING PLAINTIFF'S MOTION FOR REPRESENTATION OF MINOR PLAINTIFFS ~ 1

Plaintiff's minor children that Plaintiff asserts have cognizable claims in this action.  ECF No. 203.  However, Plaintiff's minor children are not parties to this action as they are not named as parties in Plaintiff's Second Amended Complaint nor does Plaintiff make any claims on their behalf therein.  ECF No. 148 at ¶¶ 3,39; *see also London v. Coopers & Lybrand*, 644 F.2d 811, 814 (9th Cir. 1981) ("It has long been the rule in this circuit that a plaintiff waives all causes of action alleged in the original complaint which are not alleged in the amended complaint.").  Plaintiff's request is therefore unnecessary.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1.  Plaintiff's Motion for Representation of Minor Plaintiffs (ECF No. 202) is **DENIED**.

The District Court Executive is directed to enter this Order and furnish copies to counsel.

DATED May 14, 2026.



THOMAS O. RICE
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION FOR REPRESENTATION OF MINOR PLAINTIFFS ~ 2