# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

BRIAN TACKETT,

                    Plaintiff,

        vs.

PROVIDENCE SACRED HEART MEDICAL
CENTER, KAVITHA CHAGANUR, M.D.,

                    Defendants.

Case No. 2:24-CV-00262-TOR

CIVIL MINUTES

DATE:  May 27, 2026

LOCATION: Spokane

PRETRIAL CONFERENCE / MOTIONS
HEARING

| JUDGE THOMAS O. RICE | | | |
|---|---|---|---|
| Lee Reams | | | Allison Anderson |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Justin Leigh | | Mark Louvier / Stephanie Crockett | |
| **Plaintiff's Counsel** | | **Defense Counsel** | |

**[X] Open Court**          [  ] Chambers          [  ] Telephonic

Parties are present in the courtroom.

The Court heard argument on the motions pending before the Court:

Justin Leigh presented argument on the motions in limine.

Mark Lovier presented argument on the motions in limnie.

Mr. Leigh addressed the Motion to Appoint ad Litem.

Court reserved ruling on the motions.

The parties discussed the length of trial and the current June 8 start date.  The Court addressed the possibility of a continuance due to a conflict with the Court's criminal trial schedule.  The parties to communicate with the Court if they can fit the trial into a 5-day window or if the trial needs to be continued.

| CONVENED:   8:51 AM | ADJOURNED:  8:59  AM | TIME: 8 MINS | [ X] ORDER FORTHCOMING |
|---|---|---|---|