Justin D. Leigh, Washington Attorney No. 55307
LAW OFFICE OF JUSTIN D. LEIGH
601 W. 1st. Ave., Ste. 1400
PBM #17389612
Spokane, WA 99201
509-426-4415

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| Brian Tackett, individually, as Personal Representative of the Estate of Robbie Ann Tackett, and as Guardian of Minor Children G.T. and G.T., | ) ) ) ) ) | **No. 2:24-cv-00262-TOR** <br><br> **NOTICE OF CHANGE OF ADDRESS** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| Providence Sacred Heart Medical Center and Kavitha Chaganur, M.D., | ) ) ) ) | |
| Defendants. | ) ) ) | |

PLEASE TAKE NOTICE that Justin D. Leigh (WSBA No. 55307) hereby provides notice that, effective immediately, his office has relocated to the following address:

NOTICE OF CHANGE OF ADDRESS
– PAGE 1 OF 2

LAW OFFICE OF **JUSTIN D. LEIGH**
601 W. 1ST AVE, STE. 1400
PBM #17389612
SPOKANE, WA 99201
T 509.426.4415

LAW OFFICE OF JUSTIN D. LEIGH
601 W. 1st. Ave., Ste. 1400
PBM #17389612
Spokane, WA 99201
T – 509.426.4415
E – justindleigh@gmail.com

This notice reflects a change in address only. There has been no change in counsel, attorney bar admissions, client representation, or responsibility for any matter currently pending before the Court.

All future pleadings, correspondence, and filings should reflect the updated address listed above.

DATED this 13th day of July, 2026

_____/s/ Justin D. Leigh_____
Justin D. Leigh (WSBA No. 55307)
LAW OFFICE OF JUSTIN D. LEIGH
601 W. 1st. Ave., Ste. 1400
PBM #17389612
Spokane, WA 99201
(509) 426-4415
justindleigh@gmail.com
*Attorney for Plaintiffs*

NOTICE OF CHANGE OF ADDRESS
– PAGE 2 OF 2

LAW OFFICE OF **JUSTIN D. LEIGH**
601 W. 1ST AVE, STE. 1400
PBM #17389612
SPOKANE, WA 99201
T 509.426.4415

<u>CERTIFICATE OF SERVICE</u>

I certify that on July 13, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Markus W. Louvier, WSBA No. 39319
mlouvier@ecl-law.com
Stephanie A. Crockett, WSBA No. 62797
scrockett@ecl-law.com
Evans, Craven & Lackie, P.S.
818 W. Riverside Ave., Ste. 250
Spokane, WA 99201
(509) 455-5200

/s/ Justin D. Leigh
Justin D. Leigh
*Attorney for Plaintiffs*

NOTICE OF CHANGE OF ADDRESS –
CERTIFICATE OF SERVICE

LAW OFFICE OF **JUSTIN D. LEIGH**
601 W. 1ST AVE, STE. 1400
PBM #17389612
SPOKANE, WA 99201
T 509.426.4415