THE HONORABLE THOMAS O. RICE

MARKUS W. LOUVIER, WSBA #39319
STEPHANIE A. CROCKETT, WSBA #62797
Evans, Craven & Lackie, P.S.
818 West Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
mlouvier@ecl-law.com
scrockett@ecl-law.com

*Attorneys for Defendants*

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN TACKETT,<br><br>Plaintiff,<br><br>vs.<br><br>PROVIDENCE SACRED HEART MEDICAL CENTER, KAVITHA CHAGANUR, MD,<br><br>Defendants. | Cause No. 2:24-cv-00262-TOR<br><br>DECLARATION OF MARKUS W. LOUVIER RE: DEFENDANTS' RESPONSE TO ECF NO. 263: PLAINTIFFS' MOTION FOR LEAVE TO FILE AN AMENDED JOINT PROPOSED PRETRIAL ORDER |

I, Markus W. Louvier, under the penalty of perjury under the laws of the State of Washington, state and declare as follows:

1. I am one of the attorneys in this matter representing Defendants. I am over the age of 18, have personal knowledge, and am competent to testify regarding the matters contained herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff's counsel's email to defense counsel requesting that an Amended Joint Pretrial Order be filed.
3. I was out of the country on vacation at the time Plaintiff's counsel's email was sent. I had an away message which indicated that I would be out of the office until August 5, 2026. While I had some access to email, it was intermittent and inconsistent. My email was blocked by our external IT department. By the time I returned to the office, ECF No. 263 had been filed.

DATED this 12th day of August 2026.

EVANS, CRAVEN & LACKIE, P.S.

By: /s/ Markus W. Louvier
MARKUS W. LOUVIER, WSBA #39319

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Justin D. Leigh, WSBA #55307
601 W. 1st Avenue, Suite 1400 PMG #17389612
Spokane, WA 99201
(509) 426-4415
justindleigh@gmail.com

*/s/ Mark Louvier*
MARKUS W. LOUVIER, WSBA #39319
STEPHANIE A. CROCKETT, WSBA #62797
Attorneys for Defendants
818 West Riverside, Suite 250
Spokane, Washington 99201
(509) 455-5200/(509) 455-3632 Facsimile
mlouvier@ecl-law.com
scrockett@ecl-law.com