# EXHIBIT A

Outlook

## Proposed Amendment to Joint Proposed Pretrial Order

**From** Justin Leigh <justindleigh@gmail.com>
**Date** Tue 7/28/2026 8:47 AM
**To** Mark Louvier <mlouvier@ecl-law.com>; Stephanie Crockett <SCrockett@ecl-law.com>

1 attachment (291 KB)
ECF 253.pdf;

Good morning Mark,

After reviewing the ***Joint Proposed Pretrial Order*** (ECF No. 253), attached, Plaintiffs have identified two (2) limited matters requiring correction before the Court enters the Final Pretrial Order.

First, Plaintiffs seek to add Providence's 2026 First Quarter Continuing Disclosure Report to Plaintiffs' exhibit list. The report did not exist when Plaintiffs' exhibit disclosures were due.

Second, Plaintiffs seek to restore seven witnesses that were timely disclosed in Plaintiffs' April 14, 2026 Witness List (ECF No. 204), but were inadvertently omitted from the Joint Proposed Pretrial Order:

1. John Strickland;
2. Richard Butler;
3. Charles Baker;
4. Grayson Tackett;
5. Gretta Tackett;
6. Tyrone Tackett; and
7. Derek Smith

Because the Court has not yet entered the Final Pretrial Order, Plaintiffs intend to request leave to file an Amended Joint Proposed Pretrial Order incorporating these limited corrections unless the parties can stipulate to the amendment.

The requested amendments do not alter Plaintiffs' claims, defenses, legal theories, expert opinions, or the scheduled trial date, and do not require additional discovery or a continuance.

Please let me know by 5:00 PM, July 29, 2026 whether Defendants will stipulate to filing an Amended ***Joint Proposed Pretrial Order*** incorporating these corrections. If I do not hear from you by that time, I will assume Defendants do not stipulate and will proceed with filing the motion.

Thank you
Justin

**Justin D. Leigh**
*Attorney-at-Law*
Washington Trust Bank Building
601 W. 1st Ave., Ste. 1400
PMB #17389612
Spokane, WA 99021
C - 509.426.4415
www.justindleigh.com

This email is confidential and may be privileged and protected from disclosure. Please notify me at justindleigh@gmail.com if you have received this email in error.