Justin D. Leigh (WSBA No. 55307)
LAW OFFICE OF JUSTIN D. LEIGH
601 W. 1st Ave., Ste. 1400, PMB #17389612
Spokane, WA 99201
509-250-1748

**IN UNITED STATES DISTRICT COURT**
**FOR EASTERN DISTRICT OF WASHINGTON**

| | | |
|---|---|---|
| BRIAN TACKETT, an individual, as Personal Representative of the Estate of Robbie Ann Tackett, and as Guardian of Minor Children G.T. and G.T.<br><br>Plaintiffs,<br><br>v.<br><br>PROVIDENCE SACRED HEART MEDICAL CENTER and KAVITHA CHAGANUR,<br><br>Defendants. | ) | CASE NO. **2:24-CV-00262-TOR**<br><br>**DECLARATION OF JUSTIN D. LEIGH IN SUPPORT OF PLAINTIFF'S MOTION TO PERMIT REMOTE TRIAL TESTIMONY OF TAMMY ALBERSON** |

I, Justin D. Leigh, declare as follows:

1. I am the attorney for Plaintiff Brian Tackett in this matter. I am over 18 and competent to testify to the facts below, which are within my personal knowledge.

2. Tammy Alberson is the Deputy Coroner for Benton County, Mississippi, and was the coroner investigator on the death of Robbie Ann Tackett. She was served with a trial subpoena in this matter on August 13, 2026. Ms. Alberson resides in Ashland, Mississippi.

3. On August 14, 2026, I spoke with Ms. Alberson by telephone. She informed me that she suffers from chronic obstructive pulmonary disease (COPD), among other ailments, and that her condition prevents her from traveling to Spokane, Washington to testify in person at trial. She stated that she would obtain and provide documentation from her physician confirming this.

4. As of the date of this declaration, I have not received any documentation from Ms. Alberson's physician, and no such documentation is attached. Trial in this matter is set to begin in approximately two weeks. Because the timing does not permit further delay, I am bringing this matter to the Court's attention now rather than waiting for documentation that may not arrive before trial. I will supplement this declaration promptly upon receipt of the physician's documentation.

5. Ashland, Mississippi is located more than 100 miles from, and in a different state than, the place of trial in Spokane, Washington.

6. Ms. Alberson's medical condition and inability to travel became known to me after the trial subpoena was served, when she disclosed them during our

August 14, 2026 telephone call. Permitting her to testify by contemporaneous two-way video, with appropriate safeguards, would allow the jury to see and hear her testimony live notwithstanding her inability to travel.

7. On August 17, 2026, at approximately 9:00 a.m., I emailed counsel for Defendants to confer regarding this issue and to ask whether Defendants would stipulate to Ms. Alberson testifying remotely. As of the date of this declaration, I have not received a response.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of August, 2026, at Spokane, Washington.

/s/ Justin D. Leigh
Justin D. Leigh