Justin D. Leigh (WSBA No. 55307)
LAW OFFICE OF JUSTIN D. LEIGH
601 W. 1st Ave., Ste. 1400, PMB #17389612
Spokane, WA 99201
509-250-1748

**IN UNITED STATES DISTRICT COURT**
**FOR EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| BRIAN TACKETT, an individual, as Personal Representative of the Estate of Robbie Ann Tackett, and as Guardian of Minor Children G.T. and G.T.<br><br>Plaintiffs,<br><br>v.<br><br>PROVIDENCE SACRED HEART MEDICAL CENTER and KAVITHA CHAGANUR,<br><br>Defendants. | CASE NO. **2:24-CV-00262-TOR**<br><br>**[PROPOSED] ORDER ON STIPULATION REGARDING TRIAL TESTIMONY OF TAMMY ALBERSON** |

THIS MATTER came before the Court on the parties' Stipulation Regarding Trial Testimony of Tammy Alberson. Ms. Alberson, the coroner investigator on the death of Robbie Ann Tackett, resides outside the State of Washington and more than 100 miles from the place of trial, and has advised that a medical condition prevents her from traveling to Spokane for trial. The Court,

having reviewed the stipulation and the record, and finding good cause in compelling circumstances with appropriate safeguards, ORDERS:

1. Tammy Alberson may testify at trial by contemporaneous two-way audio-video transmission under Federal Rule of Civil Procedure 43(a), from a location in or near Ashland, Mississippi; OR, in the alternative and as the parties may agree, her deposition testimony may be used at trial, Ms. Alberson being unavailable within the meaning of Federal Rule of Civil Procedure 32(a)(4).

2. If Ms. Alberson testifies remotely, she shall be placed under oath by a person authorized to administer oaths at her location; the transmission shall permit the Court, the jury, and all counsel to see and hear the witness, and the witness to see and hear the courtroom; exhibits to be used with the witness shall be provided in advance and displayed on screen; and counsel shall coordinate with the Clerk's IT staff for a tech-readiness check.

3. This Order is without prejudice to the parties' respective deposition designations, counter-designations, and evidentiary objections, and does not waive any objection to the admissibility of particular testimony or exhibits.

IT IS SO ORDERED.

DATED this ____ day of ____________, 2026.

________________________________
THOMAS O. RICE
United States District Judge

Presented by:

/s/ Justin D. Leigh
Justin D. Leigh, WSBA No. 55307
Attorney for Plaintiff