UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN TACKETT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PROVIDENCE SACRED HEART MEDICAL CENTER, and KAVITHA CHAGANUR, M.D.,<br><br>Defendants. | NO. 2:24-CV-0262-TOR<br><br>ORDER GRANTING REMOTE TESTIMONY OF TAMMY ALBERSON |

BEFORE THE COURT is Plaintiff's Motion for Remote Testimony (ECF No. 268). Trial in this matter is set for August 31, 2026. Plaintiff moves to permit the remote testimony of witness Tammy Alberson due to medical conditions that prevent her from traveling from Ashland, Mississippi, where she resides. ECF Nos. 268 at 2, 269 at 3. For good cause shown, Plaintiff's motion is **GRANTED**. Ms. Alberson will be permitted to present her testimony via Zoom. Details as to the timing and logistics of Ms. Alberson's testimony will be discussed at the final

pretrial conference on the day of trial.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Remote Testimony (ECF No. 268) is **GRANTED**.

The District Court Executive is directed to enter this Order and furnish copies to counsel.

DATED August 24, 2026.

THOMAS O. RICE
United States District Judge