THE HONORABLE THOMAS O. RICE

MARKUS W. LOUVIER, WSBA #39319
STEPHANIE A. CROCKETT, WSBA #62797
Evans, Craven & Lackie, P.S.
818 West Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632
mlouvier@ecl-law.com
scrockett@ecl-law.com

*Attorneys for Defendants*

IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN TACKETT,<br><br>Plaintiff,<br>vs.<br><br>PROVIDENCE SACRED HEART MEDICAL CENTER, KAVITHA CHAGANUR, MD,<br><br>Defendants. | Cause No. 2:24-cv-00262-TOR<br><br>DEFENDANTS' RESPONSE TO PLAINTIFF'S "NOTICE AND REQUEST" FOR ADDITIONAL TIME FOR DIRECT EXAMINATION OF DR. MARMUREANU, AND FOR OPENING STATEMENT AND CLOSING ARGUMENT<br><br>[RE: ECF No. 272] |

Thirteen (13) days after the Court issued its letter outlining procedures, Plaintiff moves to materially alter the length of opening statements, closing arguments, and his examination of proffered expert witness Dr. Alexander Marmureanu. Plaintiff's Motion was filed just six days before the commencement

of trial. Plaintiff's request is improperly filed as a "notice" rather than a motion – despite the fact that it requests affirmative relief – with no hearing date or time for resolution of the issues contained therein. Plaintiff's last minute, improper filings are distracting and unnecessary.

Defendants simply desire certainty. For nearly two weeks Defendants have prepared under the assumption that the Court's August 12, 2026 procedures would be adhered to by all parties. There has been no material change in the facts or claims in the intervening 13 days. At this late juncture, it is unreasonable to expect the Court to rule upon Plaintiff's Motion sufficiently in advance of trial to permit Defendants to prepare for any change to the pretrial procedures. That is, if Plaintiff's Motion is granted, presumably Defendants will have 30 minutes rather than 15 minutes for opening statement. Doubling the time of opening statements would result in two substantially different presentations including visual aids. Defendants cannot make the necessary revisions to their presentation with such limited notice.

Defendants also note that one justification for the expansion of closing arguments is Plaintiff's claim that they will discuss damages "of the Estate and minor children." Again, the Estate has not asserted a damages claim on behalf of the minor children.

Defendants take no position as to Plaintiff's request regarding Dr. Marmureanu and defer to the Court's discretion.

DATED this 27th day of August 2026.

EVANS, CRAVEN & LACKIE, P.S.

By: __*/s/ Markus W. Louvier*

MARKUS W. LOUVIER, WSBA #39319
STEPHANIE A. CROCKETT, WSBA #62797
Attorneys for Defendants
Evans, Craven & Lackie, P.S.
818 West Riverside, Suite 250
Spokane, Washington 99201
(509) 455-5200/(509) 455-3632 Facsimile
mlouvier@ecl-law.com
scrockett@ecl-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27th, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Justin D. Leigh, WSBA #55307
Law Office of Justin D. Leigh
601 W. 1st Ave, Ste. 1400, PMB #17389612
Spokane, WA 99201
justindleigh@gmail.com

__/s/ Markus W. Louvier________________
MARKUS W. LOUVIER, WSBA #39319
STEPHANIE A. CROCKETT, WSBA #62797
Attorneys for Defendants
818 West Riverside, Suite 250
Spokane, Washington 99201
(509) 455-5200/(509) 455-3632 Facsimile
mlouvier@ecl-law.com
scrockett@ecl-law.com