# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

BRIAN TACKETT individually, as Personal Representative of the Estate of Robbie Ann Tackett, and as Guardian of Minor Children G.T. and G.T.,

Plaintiff,

vs.

PROVIDENCE SACRED HEART MEDICAL CENTER, KAVITHA CHAGANUR, M.D.,

Defendants.

**Case No.** 2:24-CV-0262-TOR

CIVIL MINUTES

DATE: September 1, 2026

LOCATION: Spokane

JURY TRIAL – DAY TWO

| **JUDGE THOMAS O. RICE** | | | |
|---|---|---|---|
| Lee Reams<br>**Courtroom Deputy** | **Law Clerk** | **Interpreter** | Crystal Gonzalez<br>**Court Reporter** |
| Justin Leigh / Brian Tackett<br>**Plaintiffs' Counsel** | | Markus Louvier / Stephanie Crockett<br>**Defendants' Counsel** | |

**[ X ] Open Court** **[ ] Chambers** **[ ] Telephonic**

**8:15 am** **All parties present w/out jury**

Markus Louvier requested that an expert witness appear by Zoom instead of open court. The Court granted the request.

**8:16 am** **All parties present w/jury**

**Dr. Alexander Marmureanu sworn to testify.**

Direct examination by Brian Tackett.

Exhibits 11-6 and 7 discussed with witness.

Brian Tackett offered Plaintiff's Identification 11-6 (Providence website page — Dr.

Marmureanu) for admission.
No objection by Defendants.
**Court: Plaintiffs' Exhibit 11-6 is admitted and published to the jury.**

Brian Tackett offered Plaintiff's Identification 7 (Deposition of Marc Sowder (Rule 30(b)(6)): deposition transcript.) for admission.
Objection by Defendants.
**Court: Plaintiffs' Exhibit 7 is NOT admitted and published to the jury.**

**Recess: 9:14 a.m.**
**Reconvene: 9:27 a.m.**
**All parties present w/out jury**

Brian Tackett addressed the Court regarding the admission of Plaintiff Exhibit 7.

**9:28 a.m.**
**All parties present w/jury**

**Dr. Alexander Marmureanu resumed the stand, previously sworn to testify.**

Cross examination by Markus Louvier.

Exhibits 507 and 508 discussed with witness but not admitted.

**10:35 a.m.** Re-direct examination by Justin Leigh.

The witness stepped down and is excused.

The Plaintiff rests.

**Recess: 10:47 a.m.**
**Reconvene: 11:03 a.m.**
**All parties present w/out jury**

Markus Louvier presented to the Court a Motion for a Directed Verdict.

Response presented by Brian Tackett.

The Court granted the Motion for Directed Verdict for the Defense.

The jury is dismissed.

**11:12 a.m. Court is adjourned.**

| | | | |
|---|---|---|---|
| CONVENED: 8:15 AM | RECESSED: 9:14 AM | TIME: 59 MINS | TOTAL: 2 HRS / 28 MINS |
| RECONVENED: 9:27 AM | RECESSED: 10:47 AM | 1 HR / 20 MINS | |
| RECONVENED: 11:03 AM | ADJOURNED: 11:12 PM | 9 MINS | |