# COURT'S EXHIBIT & WITNESS LIST

| | | |
|---|---|---|
| *Brian Tackett v. Providence Sacred Heart Medical Center et al.* | | LOCATION: Spokane 902 |
| PLAINTIFF'S ATTORNEY<br>Justin Leigh / Brian Tackett | DEFENSE ATTORNEYS<br>Markus Louvier / Stephanie Crockett | DOCKET NUMBER:<br>2:24-CV-0262-TOR<br>TRIAL DATES:<br>8/31/2026- 9/1/2026 |
| PRESIDING JUDGE<br>Thomas O. Rice | COURT REPORTER<br>Crystal Gonzalez | COURTROOM DEPUTY<br>Lee Reams |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Sep 01, 2026
SEAN F. MCAVOY, CLERK

| PLTF NO. | DEF NO. | DATE ADMITTED | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 1-A | | | | **Medical Records, comprising:**<br>Providence Sacred Heart Medical Center records (T1255–T1418), including the November 4, 2018 letter to Dr. Highfill (1-A-165). |
| 1-B | | | | Cabinet Peaks Medical Center records (T178–T444). |
| 1-C | | | | Rocky Mountain Heart and Lung records (T448–T517). |
| 1-D | | | | Kootenai Drug pharmacy records (T518–T519). |
| 1-E | | | | NWCHC records (L810–L963). |
| 2. | | 8/31/2026 | Dr. William Ralston | Autopsy Report regarding Robbie Tackett. |
| 3. | | | | Death Certificate of Robbie Tackett. |
| 4. | | 8/31/2026 | Richard "Ricky" Butler | Marriage Certificate of Brian Tackett and Robbie Tackett. |
| 5. | | | | Deposition of Dr. Timothy Ball: deposition transcript and exhibits. |
| 5-1 | | | | Dr. Ball deposition exhibits. |
| 6. | | | | Deposition of Dr. Kavitha Chaganur: deposition transcript. |

| PLTF NO. | DEF NO. | DATE ADMITTED | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 7. | | | | Deposition of Marc Sowder (Rule 30(b)(6)): deposition transcript. |
| 8. | | | | Deposition of Dr. William Ralston: deposition transcript. |
| 9. | | | | Deposition of Tammy Alberson. |
| 10. | | | | Deposition of Joseph Chopyak, PA-C. |
| 11-1 | | | | **Expert Materials – Dr. Alexander Marmureanu:** Report. |
| 11-2 | | | | Curriculum vitae. |
| 11-3 | | | | Report. |
| 11-4 | | | | Report. |
| 11-5 | | | | Affidavit. |
| 11-6 | | 9/1/2026 | Dr. Alexander Marmureanu | Providence website page — Dr. Marmureanu. |
| 11-7 | | | | CMS — Record Documentation for Medical Professionals. |
| 11-8 | | | | Medicaid Life Table. |
| 11-9 | | | | Rebuttal report regarding Dr. Nazer. |
| 11-10 | | | | Rebuttal report regarding Dr. Yakovlevitch. |
| 11-11 | | | | Report. |
| 11-12 | | | | Report. |
| 11-13 | | | | Report. |
| 11-14 | | | | CERT Medical Record Documentation fact sheet (ICN 909160). |
| 11-15 | | | | Dr. Newman report. |

| PLTF NO. | DEF NO. | DATE ADMITTED | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 12-A1 | | | | **Business Contracts (Brian Tackett, LLC):** Tackett drilling contract (No. 406). |
| 12-A2 | | | | Cable Tel contract. |
| 13-A1 | | | | **Financial Records (Brian Tackett, LLC):** Coltek first invoice. |
| 13-A2 | | | | Coltek invoice 2. |
| 13-A3 | | | | Cable Tel invoice 3. |
| 13-A4 | | | | Cable Tel invoice 4. |
| 13-A5 | | | | Clarksdale invoice No. 48257. |
| 13-A6 | | | | Clarksdale invoice No. 48377. |
| 13-A7 | | | | Coltek invoice No. 44. |
| 13-A8 | | | | Cable Tel invoice No. 14. |
| 13-B1 | | | | 2019 Form W-9, Brian Tackett LLC. |
| 13-C | | | | Financial spreadsheet. |
| 13-D | | | | Bank statements. |
| 13-E1 | | | | EIN letter, Brian Tackett LLC. |
| 13-E2 | | | | LLC formation. |
| 13-E3 | | | | LLC dissolution. |
| 13-E4 | | | | LLC amendment. |
| 14-1 | | | | **Equipment Purchase and Financing Records:** Contract |
| 15-1 | | | | **Damages and Financial Summaries:** Report. |
| 15-2 | | | | Pro forma. |

| PLTF NO. | DEF NO. | DATE ADMITTED | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 15-3 | | | | Rule 26 supplemental damages computation. |
| 16 | | 8/31/2026 | Richard "Ricky" Butler | Photographs of Robbie Tackett (16-1 through 16-15). |
| 17-1 | | | | **Providence Materials:** Providence website page — Dr. Marmureanu. |
| 17-2 | | | | Google search results (November 16, 2025). |
| 17-3 | | | | "World Class Care" — Providence website. |
| 17-4 | | | | Marc Sowder deposition exhibits. |
| 18 | | | | Professional Guidelines: 2017 ACC/AHA/HRS Guideline for Management of Ventricular Arrhythmias and Prevention of Sudden Cardiac Death. |
| 19-1 | | | | **CMS Materials:** National Coverage Determination 20.4 (Implantable Cardioverter Defibrillators). |
| 19-2 | | | | Local Coverage Determination L33271. |
| 19-A | | | | CMS — Record Documentation for Medical Professionals. |
| | | | | |
| | | | | |
| | 500. | 8/31/2026 | Brian Tackett | Providence Sacred Heart Medical Center medical records; [PSHMC-Chaganur 000001-000627] |
| | 501. | 8/31/2026 | Brian Tackett | Providence Medical Group medical records; [PSHMC-Chaganur 000628-000642] |
| | 502. | 8/31/2026 | Brian Tackett | Logan Health – Kalispell Regional Healthcare medical records; [PSHMC-Chaganur 000643-000776] |

| PLTF NO. | DEF NO. | DATE ADMITTED | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| | 503. | | | Cabinet Peaks Medical Center medical records; [PSHMC-Chaganur 000777-001340] |
| | 504. | | | Rocky Mountain Heart & Lung medical records; [PSHMC-Chaganur 001341-001388] |
| | 505. | | | Death Certificate of Robbie Tackett; [PSHMC-Chaganur 001389] |
| | 506. | | | Autopsy Report; [PSHMC-Chaganur 001390-001394] |
| | 507. | | | Dr. Marmureanu's Report from Plaintiffs' Initial Disclosures, for impeachment purposes; [PSHMC-Chaganur 001395-001402] |
| | 508. | | | Dr. Marmureanu's Expert Report produced to Defendants January 27, 2025 and filed as ECF No. 143, No. 144, & 179-4, for impeachment purposes; [PSHMC-Chaganur 001403-001413] |
| | 509. | | | Dr. Marmureanu's Expert Report produced to Defendants August 18, 2025 and filed as ECF No. 179-5 & No. 179-6, for impeachment purposes; [PSHMC-Chaganur 001414-001421] |
| | 510. | | | Dr. Marmureanu's Expert Report produced to Defendants January 12, 2026 and filed as ECF No. 179-7 & No. 181, for impeachment purposes; [PSHMC-Chaganur 001422-001425] |
| | 511. | | | Dr. Marmureanu's Expert Report filed as ECF No. 179-8, No. 183-2, & 185-2, for impeachment purposes; [PSHMC-Chaganur 001426-001427] |
| | 512. | | | Dr. Marmureanu's Supplemental Rebuttal Report to Dr. Chaganur's Motion for Summary Judgment filed as ECF No. 183-5, 184-1, & 185-5, for impeachment purposes; [PSHMC-Chaganur 001428-001432] |

| PLTF NO. | DEF NO. | DATE ADMITTED | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| | 513. | | | Dr. Marmureanu's Rebuttal Report to Dr. Nazer, provided to Defendants February 5, 2026, for impeachment purposes; [PSHMC-Chaganur 001433-001440] |
| | 514. | | | Dr. Marmureanu's Rebuttal Report to Dr. Yakovlevitch, provided to Defendants February 5, 2026, for impeachment purposes; [PSHMC-Chaganur 001441-001447] |
| | 515. | | | Dr. Babak Nazer Expert Witness Report filed as ECF No. 182-1; [PSHMC-Chaganur 001448-001457] |
| | 516. | | | Dr. Babak Nazer Addendum to Expert Witness Report filed as ECF No. 182-2; [PSHMC-Chaganur 001458-001460] |
| | 517. | | | Dr. Marko Yakovlevitch Expert Witness Report filed as ECF No. 182-4; [PSHMC-Chaganur 001461-001468] |
| | 518. | | | Dr. Robert Stark Opinion Letters dated February 12, 2021 and April 12, 2021, filed as ECF No. 110-1. For Impeachment only; [PSHMC-Chaganur 001469-001471] |
| | 519. | | | Curriculum Vitae of Dr. Robert Stark; [PSHMC-Chaganur 001472-001485] |
| | 520. | | | *Tackett v. Combs*, 1994 U.S. App. 10444, for impeachment purposes |
| | 521. | | | *Tackett v. Wilt*, 1994 U.S. App. 11749, for impeachment purposes |
| | 522. | | | *United States v. Pierce*, 62 F.3d 818, 1995 U.S. App. 22669, 1995 FED App. 0256P (6th Cir.), 42 Fed. R. Evid. Serv. (Callaghan) 1300, for impeachment purposes |
| | 523. | | | *Tackett v. Payne*, 1998 U.S. App. 31358, for impeachment purposes |

| PLTF NO. | DEF NO. | DATE ADMITTED | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| | | | | |
| | 524. | | | *United States v. Tackett*, 193 F.3d 880, 1999 U.S. App. 25501, 1999 FED App. 0363P (6th Cir.), for impeachment purposes |
| | 525. | | | **WITHDRAWN**: *State v. Tackett*, 2007-Ohio-556, 2007 Ohio App. 514; Criminal Case No. 05CR645, for impeachment purposes |
| | 526. | | | *Tackett v. Duncan*, 2014 MT 253, 376 Mont. 348, 334 P.3d 920, 2014 Mont. 599, for impeachment purposes |
| | 527. | | | *Tackett v. Wheelis*, 2015 Mont. 612, 382 Mont. 410, 363 P.3d 1147, for impeachment purposes |
| | 528. | | | *United States v. Owens*, 2018 U.S. Dist. 221100, for impeachment purposes |
| | 529. | | | *Tackett v. Mont. Nineteenth Jud. Dist. Ct.*, 2023 Mont. 839, 413 Mont. 532, 535 P.3d 1131, 2023 WL 6466483, for impeachment purposes |
| | 530. | | | *Tackett v. Mont. HHS*, 2024 U.S. App. 13423, 2024 WL 2826223 (unpublished opinion), for impeachment purposes |
| | 531. | | | *Tackett v. Feller*, 2024 MT 96N, 2024 Mont. 490, 417 Mont. 552, 547 P.3d 664, for impeachment purposes |
| | 532. | | | Book authored by Brian Tackett, *Inside the Ku Klux Klan: The Rise and Fall of a Grand Dragon*, (Authorhouse, 2009), for impeachment purposes; Available for Inspection |
| | 533. | | | Robbie Tackett's Obituary from the Holly Springs Funeral Home web page: Holly Springs Funeral Home - Obituary |
| | 534. | | | Deposition transcript of Plaintiff Brian Tackett, taken January 27, 2023 |

| PLTF NO. | DEF NO. | DATE ADMITTED | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| | 535. | | | Deposition testimony of Dr. Alexander Marmureanu, taken December 21, 2023 |
| | 536. | | | Deposition testimony of Dr. William Highfill, taken February 27, 2023 |
| | 537. | | | Deposition testimony of Nicole Desiree Haats, FNP, taken February 23, 2023 |
| | 538. | | | Deposition testimony of Dr. William Ralston, taken August 11, 2023 |
| | 539. | | | Deposition testimony of Dr. Philip Newman, taken December 22, 2023 |
| | 540. | | | Deposition testimony of Kaitlyn Owen, taken January 7, 2023 |
| | 541. | | | Deposition testimony of Dr. Kavitha Chaganur, taken October 23, 2025 |
| | 542. | | | Deposition testimony of Dr. Timothy Ball, taken November 13, 2025 |
| | 543. | | | Deposition testimony of PSHMC's 30(b)(6) corporate designee, Marc Sowder, taken November 13, 2025 |
| | 544. | | | Deposition testimony of Joseph Chopyak, PA-C, taken November 15, 2023 |
| | 545. | | | Deposition testimony of Tammy Alberson, taken May 11, 2023 |
| | 546. | | | Deposition testimony of Larry Hobson, taken May 11, 2023 |

**WITNESS LIST IN ORDER OF APPEARANCE**

| **Plaintiff** | **Witness** |
|---|---|
| | Richard "Ricky" Butler |
| | Dr. William Ralston |
| | Grayson T. |
| | Brian Tackett |
| | Dr. Alexander Marmureanu |
| | |
| | |
| **Defendant** | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Rebuttal** | |
| | |
| | |
| | |

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK.