FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 03, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRIAN TACKETT individually, as Personal Representative of the Estate of Robbie Ann Tackett, and as Guardian of Minor Children G.T. and G.T.,<br><br>Plaintiff,<br><br>vs.<br><br>PROVIDENCE SACRED HEART MEDICAL CENTER, KAVITHA CHAGANUR, M.D.,<br><br>Defendants. | NO: 2:24-CV-00262-TOR<br><br>RECEIPT FOR IDENTIFICATIONS AND EXHIBITS |

Plaintiff's Identifications and Exhibits were returned for retention pursuant to Local Court Rule 79.1 on the 3rd day of September, 2026.

Signature: ______________________
Attorney for the Plaintiff

Defendant's Identifications and Exhibits were returned for retention pursuant to Local Court Rule 79.1 on the 15t day of September, 2026.

Signature: ______________________
Attorney for the Defendant