AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 02, 2026

SEAN F. MCAVOY, CLERK

BRIAN TACKETT individually, as Personal Representative of the Estate of Robbie Ann Tackett, and as Guardian of Minor Children G.T. and G. T.

*Plaintiff*

v.

PROVIDENCE SACRED HEART MEDICAL CENTER, and KAVITHA CHAGANUR, M.D.,

*Defendant*

Civil Action No. 2:24-CV-00262-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* ________________________ recover from the defendant *(name)* ________________________ the amount of ________________________ dollars ($ ________ ), which includes prejudgment interest at the rate of ________ %, plus post judgment interest at the rate of ________ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ________________________ recover costs from the plaintiff *(name)* ________________________

❐ other:

This action was *(check one)*:

☑ tried by a jury with Judge Thomas O. Rice, presiding.

Pursuant to the record, directed verdict entered in favor of Defendants in open court. Granting Defendant's Rule 50 Motion for Judgment as a Matter of Law (ECF No. 281).

❐ tried by Judge
was reached.

❐ decided by Judge ________________________

Date: 9/2/2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*