Justin D. Leigh (WSBA No. 55307)
LAW OFFICE OF JUSTIN D. LEIGH
601 W. 1st Ave., Ste. 1400, PMB #17389612
Spokane, WA 99201
509-250-1748

**IN UNITED STATES DISTRICT COURT**
**FOR EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| BRIAN TACKETT, individually, as Personal Representative of the Estate of Robbie Ann Tackett, and as Guardian of Minor Children G.T. and G.T.<br><br>Plaintiffs,<br><br>v.<br><br>PROVIDENCE SACRED HEART MEDICAL CENTER, KAVITHA CHAGANUR, and TIMOTHY BALL<br><br>Defendants. | CASE NO. **2:24-CV-00262-TOR**<br><br>**JOINT NOTICE OF APPEAL**<br><br>**FRAP 3(b)(1)** |

NOTICE IS HEREBY GIVEN, that:

**APPELLANTS**:

Plaintiff Brian Tackett, individually, *and*

BriantTackett, as the Personal Representative of the Estate of Robbie Ann Tackett, and as Guardian of Minor Children G.T. and G.T.,

**Jointly**,

Appeal hereby to the United States Court of Appeals for the Ninth Circuit from the final judgment in a civil action, entered in this action by the United States District Court for the Eastern District of Washington, at Spokane, by the Honorable Judge Thomas Rice, on September 2, 2026, granting a directed verdict for the defendants. (ECF No. 284).

Against **APPELLEES**:

Providence Sacred Heart Medical Center Spokane,

Timothy Ball, M.D., and

Kavitha Chaganur, M.D.

This appeal is filed within thirty days of the final judgment. Federal Rule of Appellate Procedure 4.

A Representation Statement, as required by Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), is filed herewith.

DATED this 4th day of September, 2026.

/s/ Justin D. Leigh,
Justin D. Leigh, WSBA No. 55307
Attorney for Appellant Brian Tackett as the Personal Representative of the Estate of Robbie Ann Tackett and as Guardian of the Minor Children

/s/ Brian Tackett
Brian Tackett, Appellant pro se

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I electronically filed the foregoing Notice of Appeal and Representation Statement with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record pursuant to FRAP 3(d).

DATED this 4th day of September, 2026.

/s/ Justin D. Leigh
Justin D. Leigh, WSBA No. 55307