Justin D. Leigh (WSBA No. 55307)
LAW OFFICE OF JUSTIN D. LEIGH
601 W. 1st Ave., Ste. 1400, PMB #17389612
Spokane, WA 99201
509-250-1748

**IN UNITED STATES DISTRICT COURT**
**FOR EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| BRIAN TACKETT, individually, as Personal Representative of the Estate of Robbie Ann Tackett, and as Guardian of Minor Children G.T. and G.T.<br><br>Plaintiffs,<br><br>v.<br><br>PROVIDENCE SACRED HEART MEDICAL CENTER KAVITHA CHAGANUR, and TIMOTHY BALL<br><br>Defendants. | CASE NO. **2:24-CV-00262-TOR**<br><br>**REPRESENTATION STATEMENT** |

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Plaintiff-Appellant submits the following statement identifying all parties to this action and their respective counsel:

**Plaintiff-Appellant:**

BRIAN TACKETT individually,

Represented By:

**Brian Tackett, Pro-se**
Brian Tackett
P.O. Box 448
Troy, MT 59935
Email: tackett59935@gmail.com

And,

Brian Tackett, as Personal Representative of the Estate of Robbie Ann Tackett, and as Guardian of Minor Children G.T. and G.T.

Represented by:

**Justin D. Leigh, Attorney at Law**
Law Office of Justin D. Leigh
601 W. 1st Ave., Ste. 1400, PMB #17389612
Spokane, WA 99201
Telephone: 509-250-1748
Email: justindleigh@gmail.com
Counsel for Plaintiff as Personal Representative of the Estate and as Guardian of the minor children

**Defendants-Appellees:**

Providence Sacred Heart Medical Center,
Timothy Ball, M.D., and
Kavitha Chaganur, M.D.

Represented by:
Markus W. Louvier
Stephanie A. Crockett
Evans, Craven & Lackie, P.S.

818 W. Riverside Avenue, Suite 250
Spokane, WA 99201

DATED this 4th day of September, 2026.

Respectfully submitted,

LAW OFFICE OF JUSTIN D. LEIGH

/s/ Justin D. Leigh
Justin D. Leigh, WSBA No. 55307
Attorney for Plaintiff-Appellant