UNITED STATES DISTRICT COURT ▪ EASTERN DISTRICT OF WASHINGTON

# Transcript Designation and Ordering Form

*This form should be completed by the party ordering the transcript*

**You must contact the Court Reporter to make financial arrangements**

U.S. Court of Appeals Case No. 26-5886 U.S. District Court Case No. 2:24-cv-00262-TOR

Short Case Title Tackett, et al. v. Providence Sacred Heart Medical Center, et al.

Date Notice of Appeal Filed by Clerk of the District Court September 4, 2026 (ECF No. 285)

**1. Name of Court Reporter/FTR:** Crystal Gonzalez (Hicks), Official Court Reporter, (509) 458-3434

| Date of Hearing/Court Rec # | Type of Proceedings |
|---|---|
| 08/31/2026 | Jury Trial, Day 1 (Hon. Thomas O. Rice): ALL proceedings, entire day |
| | incl. final pretrial rulings, jury selection, openings, testimony, exhibit rulings |
| 09/01/2026 | Jury Trial, Day 2 (Hon. Thomas O. Rice): ALL proceedings, entire day |
| | incl. testimony, exhibit rulings, Plaintiff rests, Rule 50 argument and ruling |
| | ENTIRE transcript ordered (CR 10-3.1); 30-day delivery; $1,100 deposit paid 9/9/26 |

**2. Name of Court Reporter/FTR:** (no additional reporter) - STATEMENT OF REPRESENTATION:

| Date of Hearing/Court Rec # | Type of Proceedings |
|---|---|
| Parties / counsel | Justin D. Leigh represents Appellant Brian Tackett as Personal Representative of the Estate |
| | of Robbie Ann Tackett and as Guardian of minor children G.T. and G.T. This transcript order |
| | |
| | is also filed JOINTLY on behalf of Brian Tackett, individually, as a pro se litigant. |
| | |

**3. Name of Court Reporter/FTR:** ______

| Date of Hearing/Court Rec # | Type of Proceedings |
|---|---|
| | |
| | |
| | |
| | |
| | |

(Attach additional page for designations, if necessary)

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☑ As retained counsel, a pro se litigant, a U.S. Attorney or a Federal Defender, I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

☐ As appointed counsel, I certify an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within seven (7) days thereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered September 13, 2026 Party you represent Brian Tackett, PR of Estate; and jointly, Brian Tackett pro se

Type or print name of attorney/pro se litigant Justin D. Leigh, WSBA No. 55307

Signature of attorney/pro se litigant s/ Justin D. Leigh Phone No. (509) 250-1748

Address Law Office of Justin D. Leigh, 601 W. 1st Ave., Ste. 1400, PMB #17389612, Spokane, WA 99201; justindleigh@gmail.com